UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| Sparrer Sausage Company, Inc., | ) | Case. No. 12 B 04289 |
| | ) | |
| | ) | Judge Eugene R. Wedoff |
| Debtor. | ) | |

**APPOINTMENT OF UNSECURED CREDITORS COMMITTEE**

The following persons, selected from unsecured creditors who are willing to serve, hereby are appointed as the creditors committee in this case:

|  **Creditor**  |  **Representative Name**  |
|---|---|
| **Colorado Food Products, Inc.** | **Andrew Gurrentz** |
| | 3600 S. Yosemite Street, Suite 800 |
| | Denver, CO 80237 |
| | |
| | Phone: 303-409-8400 |
| | Fax:    303-409-8401 |
| | |
| **Blue Thunder Truck Brokerage** | **James V. Ferolo** |
| | Klein, Thorpe & Jenkins, Ltd |
| | 20 N. Wacker Drive, Suite 1660 |
| | Chicago, IL 60606-2903 |
| Phone: 800-262-1925 | Phone: 312-984-6433 |
| Fax:    630-521-1003 | Fax:    312-984-6444 |
| | |
| **UFCW 1546 and its Benefit Funds** | **Thomas J. Angell** |
| | 122 S. Michigan Avenue, #1720 |
| | Chicago, IL 60603-6145 |
| | |
| | Phone: 312-327-3437 |
| | Fax:    312-580-7175 |
| | TANGELL@JBOSH.COM |

RESPECTFULLY SUBMITTED,

PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATE: <u>March 16, 2012</u>            BY:    <u>/s/ *M. Gretchen Silver*</u>
                                         M. Gretchen Silver
                                         OFFICE OF THE U.S. TRUSTEE
                                         219 South Dearborn Street, Room 873
                                         Chicago, Illinois 60604
                                         (312) 353-5054

## CERTIFICATE OF SERVICE

    I, M. Gretchen Silver, an attorney, state that pursuant to Local Rule 9013-3(D) the above **Appointment of Unsecured Creditors Committee** was served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on March 16, 2012.

                        /s/ M. Gretchen Silver

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

| | |
|---|---|
| Thomas J. Angell: | tangell@jbosh.com |
| Elizabeth A. Bates: | ebates@springerbrown.com |
| Francisco Connell: | fconnell@chuhak.com, kgord@chuhak.com |
| Michael Kell: | michaelkelly@jenner.com, docketing@jenner.com; |
| | mmatlock@jenner.com |
| Jeffrey N Kowalkowski: | lanphierlaw@ameritech.net |
| Forrest B Lammiman: | flammiman@mpslaw.com, dkane@mpslaw.com; |
| | srogovin@mpslaw.com; dnichols@mpslaw.com; mpslawllc@gmail.com |
| Ronald Peterson: | rpeterson@jenner.com, lraiford@jenner.com |

**Parties Served via First Class Mail**:

Meltzer, Purtill & Stelle LLC
c/o David Kane
300 South Wacker Drive, Suite 3500
Chicago, IL 60606


Sparrer Sausage Company, Inc.
4325 West Odgen Avenue
Chicago, IL 60623