UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

JUN 19 2012

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re: )
)
)  Case No. 12 B 04289
SPARRER SAUSAGE COMPANY, INC., )
)
)
)  Chapter 11
Debtor. )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO STAHL COWEN CROWLEY ADDIS LLC, ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $23,762.50 | TOTAL COSTS REQUESTED: | $182.50 |
| TOTAL FEES REDUCED: | $955.05 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $22,807.45 | TOTAL COSTS ALLOWED: | $182.50 |

**TOTAL FEES AND COSTS ALLOWED: $22,989.95**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(4)    Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(7)    Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: June 19, 2012



_____
Eugene R. Wedoff
United States Bankruptcy Judge

# STAHL COWEN CROWLEY ADDIS LLC
## ATTORNEYS

12th Floor
55 West Monroe Street
Chicago, IL 60603

312.641.0060
312.641.6959 Fax

Sparrer Sausage Company

PAGE: 1
06/01/2012
CLIENT NO: 33998-004M
STATEMENT NO: 686418

Retention

### FEES

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 03/22/2012 | SNS | Prepare retention motions and affidavit (2.5) (W/O 1/2) | 2.50 | |
| 03/23/2012 | SAD | [Retention] - Review/revise retention application (.6); review/revise Schreiber Affidavit (.6); review and revise order (.4) | 1.60 | |
| | SNS | Finalize retention pleadings. | 1.00 | |
| 03/26/2012 | SNS | Telephone call with Tom Angell regarding engagement letter and revisions to same; revised same; correspondence and amended engagement letter to Tom. | 0.30 | |
| | | | 5.40 | 2,513.00 |

*handwritten:* ⑦  −.3 x.(x 495

**TOTAL FEES & COSTS**                                                                 2,513.00

**PLEASE REMIT**                                                                       $2,513.00

**PLEASE NOTE CLIENT AND STATEMENT NUMBER WITH PAYMENT.**

PAGE: 2
Sparrer Sausage Company  
06/01/2012  
CLIENT NO: 33998-001M  
STATEMENT NO: 686415

Unsecured Creditors Committee

| Date | Atty | Description | Hours |
|---|---|---|---|
| | ④ SAD | Review documents (.3); office conference with B. Vanyek regarding UCC search (.2)  −.3 × 395 | 0.50 |
| 04/12/2012 | SNS | Review fee motions (.2); telephone call with Forrest and docket same (.1) | 0.30 |
| | SAD | Office conference with SNS regarding loan documents (.2); review UCC search (.5) | 0.70 |
| 04/13/2012 | SNS ④ | Telephone call with Peterson (.2); telephone call and correspondence with Forrest and Kane (.2)  −.4 × 495 | 0.40 |
| 04/16/2012 | SNS ④ | Review various motions (.2); complaint, fee motion to budget (.2); telephone call with Forrest 2x (.1)  −.1 × 495 | 0.50 |
| | SAD | Telephone conference with R. Peterson regarding documents, mortgages and cash flow (.4); email to/from M. Kelly regarding real property searches (.1); email from R. Peterson regarding 4306 W. Ogden (.1) | 0.60 |
| 04/17/2012 | SNS ④ | Correspondence with Forrest regarding various matters (.1); conference with SAD regarding lien documents (.3); telephone call with Tom Angell (.2); telephone call with Forrest (.1)  −.3 × 495 | 0.70 |
| | SAD | Office conference with SNS regarding loan documents; liens and mortgages (.4); review minutes of foreclosure (.5); review operating report (.4); email to SNS regarding meeting (.1) | 1.40 |
| 04/18/2012 | SNS | Meeting with Forrest and David regarding case (1.0); lengthy telephone call with Tom regarding meeting (.5); telephone call with Jim, committee member (.2) | 1.70 |
| | SNS | Telephone call with Ron Peterson regarding financial performance. | 0.20 |
| 04/19/2012 | SNS | Prepare for (.4) and attend (1.0) bank meeting; conference with SAD regarding same (.3) | 1.70 |
| | SAD | Review budgets (.5); attend meeting with debtor lender to discuss plan and cash collateral (1.0) office conference with SNS after meeting (.3) | 1.80 |
| 04/20/2012 | SNS | Telephone call with Matt regarding cash collateral issue (.1) | 0.10 |
| | SNS | Review reclamation motions. | 0.20 |

|  |  | PAGE: 4 |
|---|---|---|
| Sparrer Sausage Company |  | 06/01/2012 |
|  | CLIENT NO: | 33998-001M |
|  | STATEMENT NO: | 686415 |
| Unsecured Creditors Committee |  |  |

|  |  |  |  | HOURS |  |
|---|---|---|---|---|---|
|  |  | matters. |  | 0.10 |  |
|  | SNS | Telephone call with Tom Angell regarding pension fund proposal. |  | 0.20 |  |
| 05/08/2012 | SNS | Telephone call with Forrest regarding his meeting with Wayne Fellows. |  | 0.20 |  |
| 05/15/2012 | SNS | Attend court regarding Motion to Allow Administrative Expense. |  | 0.80 |  |
| 05/24/2012 | SNS | Review LOI (.2); telephone call with Forrest regarding same (.2); lengthy ④ telephone call with N. Golden (.4); telephone call with Tom (.2)   − .6 × 495 |  | 1.00 |  |
| 05/25/2012 | SNS | Correspondence to Forrest regarding LOI. |  | 0.30 |  |
|  | SAD | Review motion to extend time. |  | 0.30 |  |
| 05/29/2012 | SNS | Review and respond to Forrest responses regarding Link LOI (.2) |  | 0.20 |  |
| 05/30/2012 | SNS | Telephone call with N. Golden regarding counter offer (.1); telephone call with Rick Anderson regarding committee responses (.1); ④ correspondence with Link attorney (.2)   − .2 × 495 |  | 0.40 |  |
|  |  |  |  | 41.50 | 18,153.50 |

### COSTS

| 04/12/2012 | Client Lien Solutions - Lien Searches | 148.50 |
|---|---|---|
| 04/16/2012 | Travel to meeting at Jenner | 20.00 |
| 04/30/2012 | Travel to Meeting at Jenner | 14.00 |
|  |  | 182.50 |

**TOTAL FEES & COSTS**  18,336.00

**PLEASE REMIT**  $18,336.00

### CLIENT FUNDS

|  | BEGINNING CLIENT FUNDS BALANCE | $0.00 |
|---|---|---|
| 04/24/2012 | Deposit of client funds check # 50017 | 15,000.00 |
|  | ENDING CLIENT FUNDS BALANCE | $15,000.00 |

## STAHL COWEN CROWLEY ADDIS LLC
ATTORNEYS

12th Floor
55 West Monroe Street
Chicago, IL 60603

312.641.0060
312.641.6959 Fax

Sparrer Sausage Company

PAGE: 1
06/01/2012
CLIENT NO: 33998-005M
STATEMENT NO: 686419

Plan of Reorganization

### FEES

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/09/2012 | SNS | Telephone call with Richard Anderson regarding being stalking horse bidder; (.2); correspondence to Richard with sellers LOI (.1); telephone call with Forrest regarding same (.1); telephone call with Bank regarding competing offer (.1). | 0.50 |
| 05/18/2012 | SNS | Telephone call with Neil regarding seller's LOI (.1); telephone call with Forrest regarding LOI (.1) | 0.20 |
| 05/22/2012 | SNS | Telephone call with Tom regarding sale process (.1); telephone call with Neil Golden regarding lender offer (.2); telephone call with Ron (.1). | 0.40 |
| 05/23/2012 | SNS | Telephone call with Peterson regarding offer status. | 0.10 |
| 05/24/2012 | SAD | Review monthly operating report. | 0.30 |
|  | SNS | Telephone call with Forrest; review LOI; telephone call with Tom; correspondence with Ron. | 0.40 |
| 05/25/2012 | SNS | Telephone call with Tom regarding Links LOI (.2); telephone call with Golden regarding Seller's LOI; compare same to Links (.2) | 0.40 |

Handwritten annotations: "⑦" next to 05/24 SNS entry, "-.4 x.1 x 495"; "⑦" next to 05/25 entry, "-.2 x.1 x 495"

| | 2.30 | 1,108.50 |
|---|---|---|
| **TOTAL FEES & COSTS** | | 1,108.50 |
| **PLEASE REMIT** | | $1,108.50 |

**PLEASE NOTE CLIENT AND STATEMENT NUMBER WITH PAYMENT.**