**FILED**

**OCT 16 2012**

**EUGENE R. WEDOFF,
BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 12 B 04289 |
| SPARRER SAUSAGE COMPANY, INC., ) | |
| ) | Chapter 11 |
| Debtor. ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO MELTZER, PURTILL & STELLE LLC, ATTORNEYS FOR SPARRER SAUSAGE COMPANY, INC., FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $273,769.00 | TOTAL COSTS REQUESTED: | $8,448.49 |
| TOTAL FEES REDUCED: | $888.50 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $272,880.50 | TOTAL COSTS ALLOWED: | $8,448.49 |

**TOTAL FEES AND COSTS ALLOWED: $281,328.99**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(4)  **Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

(7)  **Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: October 16, 2012

_____
Eugene R. Wedoff
United States Bankruptcy Judge

*Meltzer, Purtill & Stelle LLC*
1515 E. Woodfield Road
Second Floor
Schaumburg, IL 60173

Ph: 847-330-2400    Fax: 847-330-1231

Sparrer Sausage Company    July 31, 2012
4325 W. Ogden Avenue    Matter #:    33544002
Chicago, Illinois 60623    Inv #:    116840

Attention:    Brian Graves

RE:    Chapter 11 Bankruptcy

## DISBURSEMENT SUMMARY

| Code | Description | Amount |
|---|---|---|
| E101 | Copying | 264.00 |
| E102 | Outside printing | 5,261.36 |
| E105 | Telephone - | 34.23 |
| E107 | Delivery services/messengers | 89.00 |
| E108 | Postage | 2,435.65 |
| E112 | Court fees | 45.50 |
| E124 | Other | 318.75 |
|  | Total Disbursements | $8,448.49 |

| Date | DISBURSEMENTS | Disbursements | Expense Code |
|---|---|---|---|
| Feb-08-12 | Delivery services/messengers - FedEx Invoice 7-800-02752 | 18.75 | E107 |
| Feb-17-12 | Delivery services/messengers - FedEx Invoice 7-837-61412 | 18.75 | E107 |
| Feb-21-12 | Delivery services/messengers - FedEx Invoice 7-837-61412 | 16.50 | E107 |
| Feb-28-12 | Postage | 60.00 | E108 |
|  | Copying | 264.00 | E101 |
| Mar-12-12 | Delivery services/messengers - Advanced Messenger Invoice 219232 | 5.00 | E107 |
| Mar-13-12 | Other - Secretarial Overtime - D. Nichols | 78.75 | E124 |
| Mar-21-12 | Postage | 36.00 | E108 |
| Apr-11-12 | Postage | 370.50 | E108 |
| Apr-13-12 | Outside printing - LaSalle Copy Service-Inv.#1420 | 1,310.40 | E102 |
| Apr-27-12 | Postage | 289.50 | E108 |
| May-03-12 | Outside printing - LaSalle Copy Service-Inv.#1481 | 722.00 | E102 |
| May-03-12 | Court fees - Filing fee-Amended Schedule F | 30.00 | E112 |
| May-23-12 | Postage | 327.00 | E108 |
| May-25-12 | Outside printing LaSalle Copy Service-Inv.#1598 | 392.40 | E102 |
| Jun-01-12 | Postage | 98.10 | E108 |
| Jun-18-12 | Postage | 1,160.05 | E108 |

| Date | Description | Code | Hours | Amount | Atty |
|---|---|---|---|---|---|
| | issues (.3); review revised asset purchase agreement (.3); review and revise sale motion and proposed order (.5) | | | | |
| Jul-05-12 | Review correspondence from Neil Goulden and Scott Schreiber regarding comments to asset purchase agreement (.4); draft email messages to Neil Goulden, Forrest Lammiman, Jordan Litwin, Tim Shanahan and Brian Graves regarding same (.8); revise asset purchase agreement (1.1); draft email messages to Jordan Litwin and Forrest Lammiman regarding same (.1); teleconference with Forrest Lammiman regarding comments to asset purchase agreement (.2); draft email messages to Tim Shanahan and Forrest Lammiman regarding working capital calculation (.1); draft email messages to Neil Goulden, Scott Schreiber, Tom Angell, Jay Dolgin and Forrest Lammiman regarding revised asset purchase agreement (.3); revise asset purchase agreement per Neil Goulden's comments (1.1); attention to open items and preparation of execution copy of asset purchase agreement (2.2); draft email messages to Aaron Soper regarding revised escrow agreement and funding of escrow (.4); revise escrow agreement (.3) | B130 | 7.00 | 2,450.00 | LCP |
| Jul-05-12 | Work on potential replacement APA with 24/7 (1.5); messages with Goulden and Schreiber regarding revisions to 24/7 APA (.3); comments on proposed sale order with 24/7 (.2) | B130 | 2.00 | 1,150.00 | FBL |
| Jul-06-12 | Review revised APA (.2); attention to various pre-closing matters (2.0); confer with Laura Pieper, Forrest Lammiman, Tim Shanahan, Michael Kelly, Neil Goulden and others regarding same (.7) | B130 | 2.90 | 1,145.50 | JML |
| Jul-06-12 | Draft multiple email messages to Michael Kelly, Jordan Litwin, Forrest Lammiman, Tim Shanahan, Brian Graves, Jay Dolgin and Neil Goulden regarding asset purchase agreement, escrow agreement and instructions, location of escrow account, inventory purchases and status of transaction (3.1); revise escrow agreement and asset purchase agreement (1.4); draft email messages to Aaron Soper, Neil Goulden, Tim Shanahan and Jordan Litwin regarding same (.4); Draft email messages to Scott Schreiber regarding status of transaction (.2); teleconferences with Neil Goulden, Jordan Litwin and Tim Shanahan regarding escrow and purchase of new inventory (.6) | B130 | 5.70 | 1,995.00 | LCP |
| Jul-06-12 | Call with Lammiman regarding sale issues | B130 | 0.30 | 133.50 | DLK |

*Handwritten annotations: "4", "7" circled; "350 × 2.2 = $770"*

| Date | Description | Code | Hours | Amount | Atty |
|---|---|---|---|---|---|
| May-30-12 | with client regarding same (.1) Call--R. Anderson and Currier regarding sale issues (.2); attention to issues regarding projections and time line through closing (.2) | B130 | 0.40 | 230.00 | FBL |
| Jun-04-12 | Correspondence with clients regarding Link LOI (.1); correspondence with Shanahan regarding same (.1) | B130 | 0.20 | 89.00 | DLK |
| Jun-04-12 | Calls and messages--R. Anderson and J. Currier regarding sale issues (.4); messages--Bank's counsel regarding sale process (.2); revised sale waterfall (.3); calls and messages--client representatives regarding sale waterfall and meeting with Bank (.5) | B130 | 1.40 | 805.00 | FBL |
| Jun-05-12 | Review emails from Forrest Lammiman, Joy Goldman and client regarding draft asset purchase agreement (.1); briefly review draft asset purchase agreement (.2) | B130 | 0.30 | 118.50 | JML |
| Jun-05-12 | Cursory review of Asset Purchase Agreement draft (.3); discussion regarding scope, timing with Forrest Lammiman (.2) | B130 | 0.50 | 212.50 | JSG |
| Jun-05-12 | Call--R. Anderson and J. Currier regarding APA (.2);conferences with client representatives regarding APA and bank issues (.5); meeting with bank representatives regarding sale and budget issues (1.8); work on sale and APA issues (1.0) | B130 | 3.50 | 2,012.50 | FBL |
| Jun-06-12 | Confer with David Kane regarding sale motion, bid procedures and related pleadings (.2); confer with Forrest Lammiman and David Kane regarding same and asset purchase agreement (.2); review asset purchase agreement (.5); conference with Laura Pieper and Forrest Lammiman regarding same (.2); attention to file and related documents (.3); review and respond to numerous emails regarding draft asset purchase agreement and sale-related pleadings (.3); briefly review sale motion (.2) | B130 | 1.90 | 750.50 | JML |
| Jun-06-12 | Teleconference with Forrest Lammiman and Jordan Litwin regarding asset purchase agreement prepared by buyers for the sale of substantially all of the assets of the company (.2); review asset purchase agreement and prepare comments to same (4.9); teleconference with Joy Goldman regarding comments to asset purchase agreement (.2); draft email messages to Joy Goldman, Forrest Lammiman, David Kane and Joy Goldman regarding same (.8) | B130 | 6.10 | 2,135.00 | LCP |
| Jun-06-12 | Emails with Zaremba (.1); conference with Laura Pieper regarding Asset Purchase Agreement (.1) | B130 | 0.20 | 85.00 | JSG |
| Jun-06-12 | Multiple correspondence with Lammiman and | B130 | 7.60 | 3,382.00 | DLK |

*Handwritten annotation: (U) .3 x 395 = $118.50*