UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| | ) | **Case No. 12 B 04289** |
| **SPARRER SAUSAGE COMPANY, INC.,** | ) | |
| | ) | |
| | ) | |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |
| | ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO STAHL COWEN CROWLEY ADDIS, LLC ATTORNEYS FOR UNSECURED CREDITORS COMMITTEE, FOR ALLOWANCE AND PAYMENT OF <u>INTERIM</u> COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | **$57,818.50** | TOTAL COSTS REQUESTED: | **$898.55** |
| TOTAL FEES REDUCED: | **$646.00** | TOTAL COSTS REDUCED: | **$48.44** |
| TOTAL FEES ALLOWED: | **$57,172.50** | TOTAL COSTS ALLOWED: | **$850.11** |

**TOTAL FEES AND COSTS ALLOWED: $58,022.61**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(4)    Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(11)    Overhead Costs are Non-Compensable**

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

Dated: April 24, 2013

_____
United States Bankruptcy Judge

*Total reduced 694.44*
*- $646 fee*
*- $48.44 expenses*

## STAHL COWEN CROWLEY ADDIS LLC
ATTORNEYS

12th Floor
55 West Monroe Street
Chicago, IL 60603

312.641.0060
312.641.6959 Fax

Sparrer Sausage Company

PAGE: 1
03/27/2013
CLIENT NO: 33998-001M
STATEMENT NO: 699202

Unsecured Creditors Committee

### FEES

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/01/2012 | SAD | Review various orders and filings in case (.7); | 0.70 |
| 06/06/2012 | SAD | Office conference with SNS regarding case plan and status. | 0.20 |
| 06/20/2012 | SAD | Review court orders. | 0.20 |
| 07/02/2012 | SNS | Telephone call with Ron regarding Contempt Motion. | 0.10 |
| 07/20/2012 | SNS | Review and respond to demand letter. | 0.20 |
| 07/25/2012 | SNS | Telephone call with Tom (.1) and Ron (.1) regarding discovery motion. | 0.20 |
| 01/10/2013 | SNS | Telephone call with Tim regarding liquidation analysis following sale. | 0.40 |
| 02/27/2013 | SAD | Attend hearing (.8); telephone conference with M. Kelly (.2) | 1.00 |
| 03/06/2013 | SAD | Attend hearing (.7); prepare for hearing (.3); email to J. Litgow (.1) | 1.10 |
| | | | 4.10 |

*4*  .2 x 395 =
.1 x 395 =
1,709.50
.3 x 395 = 118.50

### RECAPITULATION

| ATTORNEY | HOURS | RATE | TOTAL |
|---|---|---|---|
| SCOTT N. SCHREIBER | 0.90 | $495.00 | $445.50 |
| SHELLY DEROUSSE | 3.20 | 395.00 | 1,264.00 |

### COSTS

| Date | Description | Amount |
|---|---|---|
| 06/11/2012 | Strategic Document Solutions, Inc. - Legal Copies,Hand Labor, Shipping & Handling | 832.81 |
| 06/13/2012 | Messenger to 219 S. Dearborn/ | 5.00 |
| 06/15/2012 | Meeting with Tom Angell | 7.30 |
| 06/30/2012 | Westlaw Information Charges - June 2012 | 48.44 |
| 03/05/2013 | Messenger to Federal Court | 5.00 |
| | | 898.55 |

*11*  48.44

# STAHL COWEN CROWLEY ADDIS LLC
### ATTORNEYS

12th Floor
55 West Monroe Street
Chicago, IL 60603

312.641.0060
312.641.6959 Fax

Sparrer Sausage Company

PAGE: 1
03/27/2013
CLIENT NO: 33998-002M
STATEMENT NO: 699203

Committee Communications

### FEES

| Date | | Description | HOURS |
|---|---|---|---|
| 06/08/2012 | SNS | Conference call with committee regarding APA (.4); | 0.40 |
| 06/12/2012 | SNS | Telephone call with Tom regarding sales status and issues (.2); correspondence with Forrest and Dave regarding same (.1); revise proposed objections (.4); correspondence to Committee regarding status (.1) | 0.80 |
| | SNS | Telephone call with Ron regarding status of sale and conference call; correspondence with Debtor regarding same. | 0.30 |
| | SNS | Conference call regarding sale status. | 0.10 |
| 06/13/2012 | SNS | Correspondence with committee regarding days developments and other bidders. | 0.30 |
| | SNS | Telephone call with creditor. | 0.20 |
| 06/20/2012 | SNS | Telephone call with Tom Angell regarding imposing $35,000 stay bonus onto estimate at an administrative claim. | 0.30 |
| 06/23/2012 | SNS | Correspondence to committee regarding sale and lack of competing offers and alternatives. | 0.20 |
| 06/25/2012 | SNS | Telephone call with Tom regarding union side letter and sale status. | 0.20 |
| 06/29/2012 | SAD | Two telephone calls with Tom (.4); regarding sale status; telephone call with Tom regarding order (.1) | 0.50 |
| 07/03/2012 | SNS | Two correspondence to committee regarding pending motions and settlement conference. | 0.60 |
| 08/01/2012 | SNS | Telephone call with Tom regarding sale effort/status. | 0.20 |
| 09/28/2012 | SNS | Telephone call with creditor regarding statuts (.2); correspondence to committee regarding status (.4) | 0.60 |

*Handwritten annotations: "4" in left margin; ".2 × 495 = $99.00" next to 06/13/2012 entry.*

|  |  |  |
|---|---|---|
| Sparrer Sausage Company | | PAGE: 2 |
| | | 03/27/2013 |
| | | CLIENT NO: 33998-002M |
| Committee Communications | | STATEMENT NO: 699203 |

|  |  |  | HOURS |
|---|---|---|---|
| 12/28/2012 | SNS | Telephone call with Tom Angel regarding status (.2); correspondence to committee regarding status (.2) | 0.40 |
| 01/09/2013 | SNS | Begin preparing status report to committee (.2); review budget and estimated liquidation analysis (.2) for inclusion. | 0.50 |
|  | SNS | Telephone call with creditor regarding status. | 0.20 |
| 01/11/2013 | SNS | Correspondence to committee regarding offer. | 0.40 |
| 01/18/2013 | SNS | Prepare for and attend committee status call. | 0.80 |
|  | SAD | Telephone conference with committee (.7) *Re?* | 0.70  .7 × 400 = $280 |
| 01/29/2013 | SNS | Review budget and proforma (.1); correspondence with committee chair regarding same (.1) | 0.20 |
| 02/05/2013 | SNS | Telephone call with Creditor regarding case status (.3); correspondence to creditor (.1). | 0.40 |
|  |  |  | 8.30    3,992.00 |

(handwritten: 4)

RECAPITULATION

| ATTORNEY | HOURS | RATE | TOTAL |
|---|---|---|---|
| SCOTT N. SCHREIBER | 7.10 | $495.00 | $3,514.50 |
| SHELLY DEROUSSE | 0.50 | 395.00 | 197.50 |
| SHELLY DEROUSSE | 0.70 | 400.00 | 280.00 |

| | |
|---|---|
| **TOTAL FEES & COSTS** | 3,992.00 |
| **PREVIOUS UNPAID BALANCE** | $1,385.00 |

**PAYMENTS**

| | | |
|---|---|---|
| 08/29/2012 | Payment on account | -1,385.00 |
| | **PLEASE REMIT** | $3,992.00 |

PLEASE NOTE CLIENT AND STATEMENT NUMBER WITH PAYMENT.

```
                                                                              PAGE: 2
     Sparrer Sausage Company                                              03/27/2013
                                                            CLIENT NO: 33998-007M
                                                            STATEMENT NO:    699237
           Sale of Assets
```

| Date | | Description | HOURS |
|---|---|---|---|
| | | regarding seller's interest. | 2.30 |
| 06/14/2012 | SNS | Review new APA and comparison to prior APA (.9); three conference calls with Buyer regarding current proposal (1.0); three telephone calls with Tom to negotiate carve out for creditors (.9). | 2.80 |
| | SNS | Additional conference calls and revisions throughout the afternoon negotiating APA. | 3.40 |
| 06/15/2012 | SNS | Telephone call with Tom regarding 363 process (.2); telephone call with Gretchen regarding Sales Procedures ORder (.2); attend court (1.1); telephone call with creditor regarding competing bids (.2) | 1.70 |
| 06/18/2012 | SNS | Two telephone calls with Rob Aver regarding sale prospects; telephone call with Ron regarding same (.2); correspondence with Tim (.1) *Re?* | 0.30 |
| 06/20/2012 | SNS | Telephone call with landlord's attorney regarding sale. | 0.30 |
| 06/22/2012 | SNS | Telephone call with Forrest regarding status of offers. | 0.20 |
| 06/25/2012 | SNS | Three telephone calls with Tom regarding objection to sale and union negotiations (.6); review APA and procedures order (.4); prepare and revise objection to sale order (1.4). | 2.40 |
| | SNS | Two telephone calls with Ron regarding bank claim and committee objection (.3); two telephone calls with Tom regarding CBA amendments (.3); conference call with Ron and Forrest regarding use of proceeds and objection (.3); calculate settlement with Graves (.3); lengthy telephone call with Brian Graves attorney regarding proposed settlement (.4); review redline and sale order (.3) | 1.90 |
| | SAD | Office conference with SNS regarding status of sale and objection. | 0.30 |
| 06/26/2012 | SNS | Correspondence 2x with Tom regarding union and buyer (.2); telephone call with Ron regarding status of sale (.1) | 0.30 |
| | SNS | Attend conference with parties regarding union impasse (.7); attend court regarding sale hearing (.8); conference with Tom regarding impasse with union, with Graves and carve out (.2); conference call with Tom and Neil regarding new sellers offer (.3); telephone call with US Trustee regarding status (.1) | 2.10 |
| | SNS | Telephone call with Forrest regarding status and alternatives. | 0.10 |

Handwritten annotation next to 06/18/2012 entry: .1 × 495 = 849.50

|  |  |  | PAGE: 5 |
|---|---|---|---|
| Sparrer Sausage Company |  |  | 03/27/2013 |
|  |  | CLIENT NO: | 33998-007M |
|  |  | STATEMENT NO: | 699237 |
| Sale of Assets |  |  |  |

|  |  |  |  | HOURS |
|---|---|---|---|---|
|  |  | status and APA. |  | 0.20 |
| 07/09/2012 | SNS | Telephone call with Ron regarding sale status. |  | 0.10 |
|  | SAD | Review lift stay motion and response (.4); office conference with SNS regarding status of sale (.3) |  | 0.70 |
| 07/10/2012 | SNS | Review last minute changes (.2); telephone call with Tom regarding Neil's last minute changes (.2); conference call with Laura, Jordan, Neil, Tim and Tom regarding changes and status (.5); conference call with Jordan, Laura, Jim and Tom regarding alternatives to Sellers and closing contacts (.4). |  | 1.30 |
|  | SNS | Review Bank 362 motion and Debtor response (.4); telephone call with committee chair regarding same (.1); telephone call with Neil and Tom (.2). *re?* |  | 0.70 |
|  | SNS | Telephone call with Tom regarding committee position on 362 motion (.1); correspondence with debtor regarding same (.1) |  | 0.20 |
| 07/11/2012 | SNS | Two telephone calls regarding status (.3); telephone call with Ron regarding alternatives to his 362 motion (.2); attend court (1.0); meeting with Bank, Debtor and Tom regarding orderly wind down (1.3) |  | 2.80 |
| 07/12/2012 | SNS | Review motion to set date (.1); telephone call with Ron regarding status (.1); correspond with Jordan regarding term sheet (.1); telephone call with Tom regarding status (.1) |  | 0.40 |
|  | SNS | Fee calculation for Tim. |  | 0.30 |
| 07/16/2012 | SNS | Two telephone calls from Tom regarding Wayne installment sale (.3); telephone call with Neil regarding same (.1); correspondence with Neil and debtor regarding same (.5); telephone call with Ron regarding same (.1) |  | 1.00 |
|  | SNS | Lengthy conference call with Tom and Neil (.4); correspondence with Neil (.3); telephone call with Mike Kelly regarding Bank 363 Motion (.1) |  | 0.80 |
|  | SAD | Review lift stay briefs and objections and other documents regarding assets and case resolution (1.0); office conference with SNS regarding possible fraudulent transfer and sale issues (.3) |  | 1.30 |
| 07/20/2012 | SNS | Three telephone calls from Tom regarding status of sale (.3); telephone call from Ron and Kelly regarding financing (.1); attend court (1.2); meeting with Jessica (.1) and Neil (.1) regarding status and alternatives; correspondence to committee regarding status (.3) |  | 2.00 |

Handwritten annotations: "4" next to 07/10/2012 SNS Bank 362 entry; ".2 x 495 = $99." next to 0.70 hours entry.