## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SPARRER SAUSAGE COMPANY, INC., | ) | Case No. 12-04289 |
| | ) | |
| Debtor. | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | Hearing: December 8, 2015 at 9:30 a.m. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **December 8, 2015 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Deborah L. Thorne in the courtroom usually occupied by her, Courtroom No. 613, in the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois, or before any judge who may be sitting in his place or stead, and shall then and there present the **Application of VentureSpring, LLC for Final Allowance of Compensation**, a copy of which is attached hereto and hereby served upon you, at which time and place you may appear as you see fit.

Dated: November 10, 2015

**SPARRER SAUSAGE COMPANY, INC.**

By: _/s/ Forrest B. Lammiman_
      One of Its Attorneys

Forrest B. Lammiman (ARDC No. 6208632)
David L. Kane (ARDC No. 6277758)
MELTZER, PURTILL & STELLE LLC
300 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 987-9900
(312) 987-9854 (facsimile)

{33544: 002: 01744114.DOC : }

## CERTIFICATE OF SERVICE

I, David L. Kane, an attorney, certify that on or about November 10, 2015, I caused copies of the **Notice of Motion** and **Application of VentureSpring, LLC for Final Allowance of Compensation**, to be served (i) via electronic notice on the parties noted in the Court's CM/ECF system and (ii) via U.S. Mail, postage prepaid on individuals on the Service List below.

/s/ *David L. Kane*

**(i)        Via Electronic Notice**

- Jay A Andrew    jaa@dgaalaw.com, jaalaw@ymail.com
- Thomas J. Angell    tangell@jbosh.com
- Elizabeth A. Bates    ebates@springerbrown.com, jkrafcisin@springerbrown.com;iprice@springerbrown.com
- Francisco Connell    fconnell@chuhak.com, hcummins@chuhak.com
- Francisco Connell    fconnell@chuhak.com, hcummins@chuhak.com
- Alex Darcy    adarcy@askounisdarcy.com
- Alex Darcy    adarcy@askounisdarcy.com
- Shelly A. DeRousse    sderousse@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com
- Michael W Debre    mdebre@chuhak.com, mdominguez@chuhak.com
- Jay L Dolgin    jdolgin@dolginlawgroup.com
- Kevin C. Driscoll    kevin.driscoll@btlaw.com, jriazi@btlaw.com;ddotts@btlaw.com
- Kenneth B Drost    kdrost@kbdpc.com, rsmith@kbdpc.com
- James B Gottlieb    jgottlieb@chuhak.com
- Theodore E Harman    teharman@uhlaw.com
- Jeffrey N Kowalkowski    lanphierlaw@l-klaw.com
- Forrest B Lammiman    flammiman@mpslaw.com, dkane@mpslaw.com;srogovin@mpslaw.com;crampich@mpslaw.com
- Forrest B Lammiman    flammiman@mpslaw.com, dkane@mpslaw.com;srogovin@mpslaw.com;crampich@mpslaw.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Pamela J Leichtling    pleichtling@clarkhill.com
- Pamela J Leichtling    pleichtling@stahlcowen.com
- Jordan M Litwin    jlitwin@mpslaw.com
- Megan M. Mathias    megan@loppmathiaslaw.com
- Timothy S. McFadden    tmcfadden@btlaw.com
- Ronald Peterson    rpeterson@jenner.com, lraiford@jenner.com
- Landon S Raiford    lraiford@jenner.com, mmatlock@jenner.com
- Scott N. Schreiber    sschreiber@clarkhill.com, tbraun@clarkhill.com
- Lloyd M Sonenthal    lloyd6943@prodigy.net
- George J. Spathis    gspathis@hmblaw.com, lvalenti@hmblaw.com,lmalone@hmblaw.com
- Jessica Tovrov    jessica@tovrovlaw.com

- Michael Traison    traison@millercanfield.com,
  wysocki@millercanfield.com,swansonm@millercanfield.com
- Stefanie Wowchuk McDonald    stefanie.mcdonald@dentons.com,
  NDIL_ECF@dentons.com
- Bruce E de'Medici    bdemedici@gmail.com

(ii) **Via U.S. Mail, postage prepaid on individuals on the attached Service List**

Jay A. Andrew
Drost Gilbert Andrew & Apicella LLC
800 E Northwest Highway, Suite 1090
Palatine, IL 60074

Matthew R. Barrett
Cohon Raizes & Regal LLP
208 W. LaSalle , Suite 1860
Chicago, IL 60604

Cornelius P. Brown
Cohon Raizes & Regal LLP
208 S Lasalle St , Suite 1860
Chicago, IL 60604

Clark Hill PLC
150 N Michigan Ave
Chicago, IL 60601

FGMK, LLC
333 W Upper Wacker Dr
Chicago, IL 60606

Prairie Capital Advisors, Inc.
1 Mid America Plaza #1000
Oakbrook Terrace, IL 60181

Stahl Cowen Crowley, LLC
55 W Monroe St., Suite 1200
Chicago, IL 60603

Andrew D Stosberg
Lloyd & McDaniel PLC
11405 Park Road
Louisville, KY 40223

Tim Shanahan
VentureSpring, LLC
220 Keith Lane
Lake Forest, IL 60045

# SERVICE LIST

814 AMERICAS INC.
814 SECOND AVE.
ELIZABETH, NJ 07202-3804

ADAN'S TRUCKING, INC.
313 N. CARPENTER
CHICAGO, IL 60607-1257

AETNA INSURANCE
1515 E. WOODFIELD RD.
SCHAUMBURG, IL 60173-6046

AFFILIATED CONTROL EQUIPMENT CO.
640 WHEAT LANE
WOOD DALE, IL 60191-1187

ALKAR-RAPIDPAK, INC.
932 DEVELOPMENT DRIVE
LODI, WI 53555-1300

ALL AMERICAN PAPER CO.
14 PLAZA DRIVE
WESTMONT, IL 60559-1179

ALL DOORCHECK & LOCK SERVICE
2132 S. 61ST AVE.
CICERO, IL 60804-2000

ALL ELECTRIC MOTOR REPAIR & SERVICE, INC.
6726 SOUTH ASHLAND
CHICAGO, IL 60636-3430

ALLIED PACKAGING
133 N. 25TH AVE.
MELROSE, IL 60160-3061

ALLIED WASTE SERVICES
P.O. BOX 9001154
LOUISVILLE, KY 40290-1154

ALLISON'S LIFT TRUCK SERVICE
1352 ENTERPRISE DRIVE
ROMEOVILLE, IL 60446-1016

ANDERSON PEST CONTROL
501 W. LAKE STREET, SUITE 204
ELMHURST, IL 60126-1419

ANTLER TRUCKING CO.
3001 N. BROADWAY
SAINT LOUIS, MO 63147-3510

ARMOUR-ECKRICH MEATS LLC
4225 Naperville Road
Lisle, IL 60532-3699

ARTHUR SCHUMAN MIDWEST LLC
Michael W Debre Askounis & Darcy PC
444 N Michigan Ave Suite 3270
Chicago IL 60611-3906

ARTHUR WILLIAM BAKER
1192 E. ALTADENA DRIVE
ALTADENA, CA 91001-2002

ASM COLORADO
96 INVERNESS DRIVE E.
UNIT A BUILDING 96
ENGLEWOOD, CO 80112-5311

AT&T
P.O. BOX 6428
CAROL STREAM, IL 60197-6428

Adan's Trucking, Inc.
P.O. Box 902
Bolingbrook, IL 60440-1083

Advanced Weighing Systems
P.O. Box 1951
Lombard, IL 60148-8951

Air Services Co.
108 Gateway Rd.
Bensenville, IL 60106-1951

Alex Darey, Esq
Askounis & Darcyt, PC
401 North Michigan Ave
Suite 550
Chicago, IL 60611-5523

Thomas J. Angell
Jacobs, Burns, Orlove & Hernandez
150 North Michigan Avenue
Suite 1000
Chicago, IL 60601-7569

Aspen Systems, Inc.
6930 E. Chauncey Lane
Phoenix, AZ 85054-5175

Avers Merchandise Group, Inc.
28 Wescott Lane
South Barrington, IL 60010-9526

BALCHEM CORPORATION
52 SUNRISE PARK ROAD
NEW HAMPTON, NY 10958-4703

BATAVIA CONTAINER, INC.
1400 PARAMOUNT PKWY
Batavia, IL 60510-1463

BATAVIA CONTAINER, INC.
Euler Hermes ACI
Agent of Batavia Container, Inc.
800 Red Brook Boulevard
Owings Mills MD 21117-5173

BDI
1414 Norwood Avenue
Itasca, IL 60143-1129

BEAVERTON FOODS, INC.
P.O. BOX 687
BEAVERTON, OR 97075-0687

BLUE THUNDER TRUCK BROKERAGE, INC
James V Ferolo Klein Thorpe & Jenkins
20 N Wacker Drive Suite 1660
Chicago, IL 60606-2903

BRIAN GRAVES
7720 S. Hamilton
Burr Ridge, IL 60527-6925

BUDRECK TRUCK LINES,
8040 SOUTH ROBERTS ROAD
BRIDGEVIEW, IL 60455-2249

Elizabeth A. Bates
Springer Brown, LLC
400 South County Farm Road
Ste. 330
Wheaton, IL 60187-4547

Belmark
600 Heritage Road
De Pere, WI 54115-2444

Blue Thunder Truck Brokerage, Inc.
P. O. Box 88259
Chicago, IL 60680-1259

C&H Robinson Company, Inc.
12300 Old tesson Rd.
Saint Louis, MO 63128-2230

C.H. Robinson Worldwide Inc
14701 Charlson Road
Eden Prairie, MN 55347-5076

CAA/THE HEARING & VISION PLACE
6905 NORTH AVENUE
OAK PARK, IL 60302-1041

CHAPMAN SALES & MARKETING
P.O. BOX 340
FAIRBANKS, LA 71240-0340

CHARM SCIENCES INC.
659 ANDOVER STREET
LAWRENCE, MA 01843-1032

CHEMSTATION
50 FRONTIER WAY
BENSENVILLE, IL 60106-1124

CHEP USA
8517 SOUTH PARK CIRCLE
ORLANDO, FL 32819-9062

CHICAGO MIDWEST MEAT ASSOC.
11350 SOUTH WINDS CROSSING
ORLAND PARK, IL 60467-5247

CITY OF CHICAGO
DEPT. OF ENVIRONMENT/PERMIT ENFORCEMENT
CHICAGO, IL 60602

CLEAR LAM PACKAGING INC
Attn. G. Thomas Rieder
1950 PRATT BLVD.
ELK GROVE, IL 60007-5993

COLORADO FOOD PRODUCTS, INC.
3600 S. Yosemite St.
DENVER, CO 80237-1830

COZZINI, INC/PRIMEDGE.
4300 WEST BRYN MAWR AVE.
CHICAGO, IL 60646-5943

CRYOVAC SEALED AIR CORP.
1000 DALTON LANE, SUITE B
BOLINGBROOK, IL 60490-3293

CUNNINGHAM & COMPANY
140 EAST 14TH STREET
INDIANAPOLIS, IN 46202-4418

Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153

Chase Bank USA, N.A.
c/o Kevin C. Driscoll, Jr.,
Barnes & Thornburg LLP,
1 North Wacker Drive, Suite 4400,
Chicago, IL 60606-2841

Chemstation Chicago
934 N Oaklawn Ave Ste 1
Elmhurst IL 60126-1032

Chicago Meat Group, Inc.
4300 Lincoln Avenue
Rolling Meadows, IL 60008-1157

City Foods, Inc.
Cohon Raizes & Regal LLP
208 S. LaSalle St., Suite 1860
Chicago, IL 60604-1160

City Foods, Inc.
P.O. Box 09190
Chicago, IL 60609-0190

Cole Taylor Bank
c/o Tejal S. Desai
Latimer LeVay Fyock LLC
55 W. Monroe Street, Suite 1100
Chicago IL 60603-5128

Colorado Food Products, Inc.
c/o Howard S. Sher, Esq.
2301 W. Big Beaver Road, Suite 777
Troy, MI 48084-3330

ComEd
Bill Payment Center
Chicago, IL 60668-0001

Francisco Connell
Chuhak & Tecson, P.C.
30 S. Wacker Dr.
Suite 2600
Chicago, IL 60606-7512

Consulting Audiological Associates, INC
6905 North Avenue
Oak Park, IL 60302-1041

Consumers Vinegar & Spice
4723 S. Washtenaw
Chicago, IL 60632-2097

Contemporary Distribution, Inc.
P.O. Box 595
La Grange, IL 60525-0595

Creative Financial Staffing
Attn: Julie Plank
330 East Jefferson Blvd
South Bend, MI 46601-2314

Creative Financial Staffing
P.O. Box 415565
Boston, MA 02241-5565

DARLING INTERNATIONAL
P.O. BOX 615
DES MOINES, IA 50306-0615

DECO LABELS & TAGS
500 THORNDALE AVE, SUITE H
WOOD DALE, IL 60191-1267
Attn: Christie Gllespie

DEIBEL LABORATORIES
7120 NORTH RIDGEWAY
LINCOLNWOOD, IL 60712-2622

DEVRO, INC.
22605 NETWORK PLACE
CHICAGO, IL 60673-1226

Dante's Peak Heating & Cooling
4118 W. Fletcher
Chicago, IL 60641-5431

Alex Darcy
Askounis & Darcy, PC
444 N. Michigan Avenue
Suite 3270
Chicago, IL 60611-3906

Daymon Worldwide Inc.
P O Box 3801
Carol Stream, IL 60132-3801

Shelly A. DeRousse
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606-6679

Michael W Debre
Chuhak & Tecson PC
30 S. Wacker Drive
Suite 2600
Chicago, IL 60606-7512

Department of Treasury  Internal Revenue Ser
P O Box 7346
Philadelphia, PA  19101-7346

Design Solutions
35544 Sheridan Drive
Fox Lake, IL 60020-1926

Devro, Inc.
P O Box 11925
Columbia,, SC 29211-1925

Di Donato Design
400 N. May Street
Chicago, IL 60642-6495

Direct Energy Business
1001 Liberty Ave Fl 13
Pittsburgh, PA 15222-3728

Do!gin & Fischer, LLC
30 N. LaSalle Street
Chicago, IL 60602-2590

EMEDCO
P.O. BOX 369
BUFFALO, NY 14240-0369

ENGLEWOOD ELECTRIC SUPPLY CO.
3939 SOUTH KARLOV
CHICAGO, IL 60632-3813

ETTLINGER CORP.
SUITE 247175
OLDE HALF DAY ROAD
LINCOLNSHIRE, IL 60069

Economy Folding Box Corp.
2601 S. LaSalle Street
Chicago, IL 60616-2795

Excalibur Seasoning Co., Ltd.
1800 Riverway drive
Pekin, IL 61554-9307

FASTENAL COMPANY
4320 FIRST AVE., UNITS 105/106
LYONS, IL 60534-1087

FEDERAL EXPRESS CORP.
P.O. BOX 94515
PALATINE, IL 60094-4515

FIELD PACKAGING GROUP
5555 WEST 73RD STREET
CHICAGO, IL 60638-6505

FIRST AMERICAN BANK
ATTN: MARK E. KROENCKE, VP
1650 LOUIS AVENUE
ELK GROVE VILLAGE, IL 60007-2350

FRANTZ COMPANY, INC.
12314 W. SILVER SPRING DRIVE
MILWAUKEE, WI 53225-2918

FedEx Tech Connect Inc as Assignee
 of FedEx Express/Ground/Freight
3965 Airways Blvd,  Module G, 3rd Floor
Memphis, Tennessee 38116-5017

Felix C. Vitaliano
704 S. Lombard Avenue
Oak Park, IL 60304-1608

Fibre Drum Sales Inc
2414 W 139th Place
Attn: Tim Evoy Jr
Blue Island IL 60406-3265

First American Bank
c/o Lawrence Zydowsky
1650 Louis Avenue
Elk Grove Village, IL  60007-2350

G & B SALES, INC.
4904 LINCOLN DRIVE
EDINA, MN 55436-1071

GB Property Management, Inc.
c/o Abe Brenner
125 N. Halsted, Ste. 203
Chicago, IL 60661-2159

GRAINGER, INC.
MW H11, DEPT 136 - 801564634
PALATINE, IL 60038-0001

GREYDON, INC.
204 ST. CHARLES WAY, UNIT 301E
YORK, PA 17402-4645

GUERNSEY CONSULTING
12920 FENWICK CENTER
LOUISVILLE, KY 40223-4798

Green Bay Packaging
3601 N. Runge Avenue
Franklin Park, IL 60131-1197

Guarino Whls. Meats, Inc.
3626 S. Halsted Street
Chicago, IL 60609-1675

HANDTMANN, INC.
1692 BARCLAY BLVD.
BUFFALO GROVE, IL 60089-4523

HARBRO LABEL, LLC
C/O JIM RUSSELL
2635 N. KILDARE
CHICAGO, IL 60639-2051

HOFMEISTER
2386 S. BLUE ISLAND AVE.
CHICAGO, IL 60608-4292

Harbro Packaging
2635 N. Kildare
Chicago, IL 60639-2051

Heights Finance Corp
8343 Indianapolis Blvd
Highland In 46322-1065

Heights Finance Corp.
1815 W. Glen Park Ave.
Griffith IN 46319-3702

Hovus Incorporated
272 Brodhead Road
Bethlehem, PA 18017-8956

IMPRINT ENTERPRISES,INC
555 N. COMMONS DRIVE
AURORA, IL 60504-4112

INDUSTRIAL THERMO PRODUCTS, INC.
1051 ROHLWING RD., Unit C
ROLLING MEADOWS, IL 60008-1051

INFO TRACK INFORMATION SERVICES, INC
111 DEERLAKE ROAD
DEERFIELD, IL 60015-4986

INTEGRYS ENERGY SERVICES
PO BOX 3145
MILWAUKEE, WI 53201-3145

INTER-TECH SUPPLIES
802 EAST FAIRMONT STREET
ALLENTOWN, PA 18109-3373

INTERNATIONAL BUSINESS MACHINES CORP.
Attn: National Bankruptcy Coordinator
275 Viger East, Suite 400
Montreal,  QC H2X 3R7
Canada

Idlewood Electric Supply, Inc.
114 Skokie Valley Rd.
Highland Park, IL 60035-4495

Illinois Bell Telephone Company
% AT&T Services, Inc
James Grudus, Esq.
One AT&T Way, Room 3A218
Bedminster, NJ 07921-2693

Integrys Energy Services Inc
20 N Wacker Drive Ste 2100
Chicago, Il 60606-3002

J. D. PRECISION MCG.
8429 W. 44th PLACE
LYONS, IL 60534-1743

JACK'S, INC.
6638-42 W. 26TH STREET
BERWYN, IL 60402-2656

JASON'S FOODS, INC.
208 E. HELEN ROAD
Palatine, IL 60067-6955

JASON'S FOODS, INC.
Euler Hermies ACI
Agent of Jason's Foods, Inc
800 Red Brook Boulevard
Owings Mills, MD 21117-5173

JILL GRAVES
7720 S. Hamilton
Burr Ridge, IL 60527-6925

JKC TRUCKING, INC.
5450 SOUTH CENTER AVENUE
SUMMIT, IL 60501-1025

JOHN R. MORREALE, INC.
216 NORTH PEORIA STREET
CHICAGO, IL 60607-1706

JOHNSONVILLE SAUSAGE
PO BOX 906
SHEBOYGAN, WI 53082-0906

JOSEPH C. HONIG, INC.
22277 TIMBERLY DRIVE
BOCA RATON, FL 33428-3833

John Hofmeister & Son, Inc
2386 S.Blue Island Ave
Chicago, IL 60608-4292

John Jasensky
Nabisco
Three Lakes Drive
Northfield, IL 60093-2753

John R. Morreale, Inc.
216 N. Peoria St.
Chicago, IL 60607-1706

K & L Gates LLP
210 Sixth Avenue
Pittsburgh, PA 15222-2613

KASEL ENGINEERING LLC.
5911 WOLF CREEK PIKE
TROTWOOD, OH 45426-2439

KERRY BIO-SCIENCE
3400 MILLIMGTON RD.
BELOIT, WI 53511-9554

KRC  LOGISTICS
5603 PAYSHERE CIRCLE
CHICAGO, IL 60674-0056

Kasel Engineering LLC
5911 Wolf Creek Pike
Dayton, OH 45426-2439

Keefe Supple Co.
10880 Lin Page Place
Saint Louis, MO 63132-1008

Jeffrey N Kowalkowski
Lanphier & Kowalkowski, Ltd
568 Spring Road
Suite B
Elmhurst, IL 60126-3896

LABEL QUEST, INC.
493 W. FULLERTON AVE.
ELMHURST, IL 60126-1404

Forrest  B Lammiman
Meltzer, Purtill & Stelle LLC
300 South Wacker Drive
Suite 2300
Chicago, IL 60606-6701

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Pamela J Leichtling
Clark Hill PLC
150 N. Michigan Ave. #2700
Chicago, IL 60601-7576

Jordan M Litwin
Meltzer, Purtill & Stelle LLC
300 S. Wacker Drive, Suite 2300
Chicago, IL 60606-6701

MARK-It-Express LLC
4800 S. Central Ave
CHICAGO, IL 60638-1535

MARKEM-IMAJE CORPORATION
150 CONGRESS STREET
KEENE, NH 03431-4377

MARKETING CONCEPTS GROUP
12 SALT CREEK LANE
HINSDALE, IL 60521-8612

MARLEN INTERNATIONAL
800 W. 47TH
KANSAS CITY, MO 64112-1251

MC MASTER-CARR
600 COUNTYLINE ROAD
ELMHURST, IL 60126-2081

MIDWEST MARKETING NETWORK, INC.
3527 WALNUT AVENUE
WILMETTE, IL 60091-1038

MILLMARK SALES
1225 LIGURIAN RD
PALM BEACH, FL 33410-2130

MITCHELL & COMPANY
601 SCOTT STREET
LITTLE ROCK, AR 72201-4536

MOTION INDUSTRIES, INC.
1723 N. 25TH AVE.
MELROSE, IL 60160-1823

MS Total Custom, Inc.
9538 S. Manisfield
Oak Lawn, IL 60453-2811

MULTIVAC, INC.
P.O. BOX 412617
KANSAS CITY, MO 64141-2617


Marlen International, Inc.
c/o Robert D Maher McDowell Rice
Smith & Buchanan PC
605 West 47th Street, Suite 350
Kansas City, MO 64112-1912

Martinez Creative Group
902 South Randall Road
Saint Charles, IL 60174-1554

McMaster-Carr Supply Company
P O Box 4355
Chicago, IL 60680-4355


Meltzer, Purtill & Stelle LLC
c/o David Kane
300 South Wacker Drive, Suite 3500
Chicago, IL 60606-6704

Mercyworks Occupational Medicine
2600 S. Michigan Avenue
Chicago, IL 60616-2857

Mondelez International Inc
c/o John Verscaj
Three Lakes Drive (NF 4F)
Northfield, IL 60093-2753


Motion Industries
P O Box 1477
Brimingham, AL 35201-1477

Motion Industries, Inc.
1331 N. 31st Avenue
Melrose Park, IL 60160-2907

Multivac, Inc.
11021 North Pomona Avenue
Kansas City, MO 64153-1146


NABISCO
P.O. BOX 70039
CHICAGO, IL 60673-0039

NICOR
P.O. Box 0632
Aurora, IL 60507-0632

NORTHERN SAFETY CO.,
232 INDUSTRIAL PARK DRIVE
UTICA, NY 13504-4250


National Rubber Stamp, Inc.
1704 West Belmont Avenue
Chicago, IL 60657-3020

New World Skid Recycling
1238 N. Kostner
Chicago, IL 60623

Newly Weds Foods, Inc.
Lock Box 6327
Chicago, IL 60680-6327


Nicor Gas
Po box 549
Aurora il 60507-0549

OHIO MEDICAL
6690 EAGLE WAY
CHICAGO, IL 60678-1066

ORLEANS
30600 NORTHWESTERN HWY
FARMINGTON, MI 48334-3172


P & J BROKERAGE
PADGY TURLEY
HUTCHINSON, KS 67502

P&J Brokerage - Padgy Turley
501 E. 74th Avenue
Hutchinson, KS 67502-8335

PC Mall
111 N. Canal Street
West Loop
Chicago, IL 60606-7218


PC Mall
1940 E. Mariposa Avenue
El Segundo, CA 90245-3457

PERISHABLE
7501 INDUSTRIAL DRIVE
FOREST PARK, IL 60130-2515

PHIL-MART
P.O. BOX 157
BRASELTON, GA 30517-0003


POLY-CLIP SYSTEM CORP.
1000 TOWER ROAD
MUNDELEIN, IL 60060-3816

PRAIRIE STATE
11100 ADDISON AVENUE
FRANKLIN, IL 60131-1404

PRAIRIE STATE GRAPHICS
11100 ADDISON AVE.
FRANKLIN, IL 60131-1404

PRESSURE-WASHER-PARTS
23591 472 AVE.
COLMAN, SD 57017-6542

PRINCIPAL FINANCIAL GROUP
711 HIGH STREET
DES MOINES, IA 50392-0001

Packaging Corporation of America
Packaging Credit Company, LLC
Attn: Karen McGill
900 E. Diehl Road, Suite 131
Naperville, IL 60563-2392

Peoples Energy
231305 Momentum Place
Chicago, IL 60689-0001

Ronald Peterson
Jenner & Block
353 N. Clark Street
Chicago, IL 60654-5474

Pork King Packing Inc.
P.O. Box 253
Marengo, IL 60152-0253

Prairie State Graphics
Coface North America Insurance Company
50 Millstone Rd., Bldg. 100, Ste. 360
East Windsor, NJ 08520-1415

Prairie State Impressions
Coface North America Insurance Company
50 Millstone Rd., Bldg. 100, Ste. 360
East Windsor, NJ 08520-1415

Pressure-Washer-Parts.Com
47042 258th Street
Sioux Falls, SD 57107-6436

Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874

QUALITY ELECTRIC
P.O. BOX 09276
CHICAGO, IL 60609-0276

R.G. SELLERS CO.
3185 ELBEE RD
DAYTON, OH 45439-1919

RAVID & BERNSTEIN, L.L.P.
230 W. MONROE STREET
CHICAGO, IL 60606-4701

RAY ZOROUFIE
40 MEMORIAL HWY, STE 26g
NEW ROCHELE, NY 10801-8339

ROBERT REISER & CO.
725 DEDHAM ST.
CANTON, MA 02021-1450

ROCK-TREND
405 OAKWOOD AVE.
WAUKEGAN, IL 60085-3014

ROLL & ROLL METAL
2310 W. 58TH ST.
CHICAGO, IL 60636-1516

RSR Accounting & Tax Service
5105 S. Neenah
Chicago, IL 60638

RUDISILL ENTERPRISES
1006 DORNOCH ROAD
GASTONIA, NC 28054-6435

Landon S Raiford
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-5474

Ron's Temporary Help Services, Inc
d/b/a RON'S STAFFING
c/o Iveliz Figueroa
666 DUNDEE ROAD #103
NORTHBROOK, IL 60062-2744

Rudisill Enterprises
2733 E. Ozark Avenue
Gastonia, NC 28054-1425

S & L BROKERAGE, INC.
1108 N.E. 146TH ST., SUITE J
VANCOUVER, WA 98685-1412

SAF-T-GARD INT'L INC.
205 HUEHL RD.
NORTHBROOK, IL 60062-1972

SILLIKER, INC.
1304 HALSTED ST.
CHICAGO HTS., IL 60411-2728

SOUTHCO BROKERAGE
270 COX ROAD
HENDERSON, TN 38340-3706

STERLING COMMERCE
COMMERCE SERVICES
8430 W BRYN MAWR AVE, STE. 575
CHICAGO, IL 60631-3497

Saf-T-Gard Intl Inc.
205 Huehl Rd.
Northbrook, IL 60062-1972

Scott N. Schreiber
Clark Hill PLC
150 N. Michigan Ave.
Suite 2700
Chicago, IL 60601-7576

Sealed Air Corporation
Andrew D. Stosberg
Lloyd & McDaniel, PLC
Po Box 23200
Louisville, KY 40223-0200

Secretary of State Jesse White
Department of Business Services
Springfield, IL 62756-0001

Silliker, Inc.
111 E. Wacker Drive
Suite 2300
Chicago, IL 60601-4214

Silliker, Inc.
1304 Halsted Street
Chicago Heights, IL 60411-2728

Sparrer Sausage Company, Inc.
4325 West Ogden Avenue
Chicago, IL 60623-2925

Andrew D Stosberg
Lloyd & McDaniel PLC
11405 Park Road
Louisville, KY 40223-2427

Suburban Laboratories, Inc.
4140 Litt Drive
Hillside, IL 60162-1120

Sugardale Foods
P.O. Box 571
Massillon, OH 44648-0571

T & K DISTRIBUTING
1197 TAYLORSVILLE
TAYLORSVILLE, GA 30178

THE CUSTOM COMPANIES
PO BOX 3270
NORTHLAKE, IL 60164-8270

TONE PRODUCTS, INC.
2139 NORTH 15TH AVE.
MELROSE, IL 60160

TQL
PO BOX 634558
CINCINNATI, OH 45263-4558

TRUCKPRO-CHICAGO
5551 W. OGDEN AVE
CICERO, IL 60804-3507

Taylor Machining
4235 Amelia Avenue
Lyons, IL 60534-1343

Total Quality Logistics
1701 Edison Dr
Milford, OH 45150-2728

Jessica Tovrov
Tovrov Law Offices LLC
105 West Madison Street
Suite 1500
Chicago, IL 60602-4602

Town of Cicero - Water and Sewer
4949 W. Cermak Rd.
Cicero, IL 60804-2461

Michael Traison
Miller, Canfield, Paddock & Stone PLC
225 W. Washington
Suite 2600
Chicago, IL 60606-3439

UFCW 1546 Pension Fund
c/o Thomas J. Angell; Jacobs, Burns, et
150 N. Michigan Avenue, Suite 1000
Chicago, IL 60601-7569

UFCW LOCAL 1546
1649 W. ADAMS STREET
CHICAGO, IL 60612-3280

UFCW Local 1546
c/o Thomas J. Angell,Jacobs, Burns et al
150 N. Michigan Avenue, Suite 1000
Chicago, IL 60601-7569

UFCW Local 1546
c/o Thomas J. Angell; Jacobs, Burns, et
122 S. Michigan Ave., Suite 1720
Chicago, IL 60603-6145

UFCW Local 1546 Health & Welfare Fund
c/o Thomas J. Angell Jacobs Burns etal
150 N. Michigan Avenue, Suite 1000
Chicago, IL 60601-7569

UFCW Local 1546 Pension fund
c/o Thomas J. Angell, Jacobs, Burns etal
150 N. Michigan Avenue, Suite 1000
Chicago, IL 60601-7569

UNITED FOOD
15W700 SOUTH FRONTAGE
BURR RIDGE, IL 60527-7930

UNITED HEARTLAND
PO BOX 4061
CAROL STREAM, IL 60197-4061

UNITED PARCEL SERVICE
P.O. BOX 650580
DALLAS, TX 75265-0580

UNITED PARCEL SERVICE
c/o RMS Bankruptcy Recovery Services
P.O. Box 4396
Timonium,  MD 21094-4396

US GAS
11618 SOUTH MAYFIELD
ALSIP, IL 60803-6010

United Food Ingredients, Inc.
c/o Chuhak & Tecson, P.C.
Attn:  Daniel J. Fumagalli
30 S. Wacker Drive
Suite 2600
Chicago, IL 60606-7512

United Food Ingredients, Inc.
c/o Chuhak & Tecson, P.C.
Attn:  Francisco E. Connell
30 S. Wacker Dr., Ste. 2600
Chicago, IL 60606-7512

VANEK BROTHERS
3924 S. LOOMIS
CHICAGO, IL 60609-2401

VISCOFAN USA, Inc.
50 County Court
Montgomery, AL 36105-5506

VISTA INTERNATIONAL PACKAGING, LLC
1126 88th Place
Kenosha, WI 53143-6538


Viscofan USA Inc
Atradius Collections Inc
1200 N Arlington Heights Rd Ste 410
Itasca, IL 60143-3109

Viskase Companies, Inc.
c/o Kevin C. Driscoll, Jr.,
Barnes & Thornburg LLP,
1 North Wacker Drive, Suite 4400,
Chicago, IL 60606-2841

Vista International Packaging, LLC
6015 29th Avenue
Kenosha, WI 53143


W W GRAINGER INC
ATTN: SPECIAL COLLECTIONS DEPT
MES17801564634
7300 N MELVINA
NILES IL 60714-3906

WAREHOUSE DIRECT
1601 W. ALGONQUIN RD.
MOUNT PROSPECT, IL 60056-5503

WILLIAM BROWN CO., INC.
6429 HEGERMAN STREET
PHILADELPHIA, PA 19135-3399


Wal-Mart Stores, Inc.
c/o Charles B. Hendricks
Cavazos Hendricks Poirot & Smitham, PC
900 Jackson Street, Suite 570
Dallas, TX 75202-2413

Walgreen Co
ms 2233
200 Wilmot Rd
Deerfield, IL 60015-4681

ZEP MANUFACTURING CO.
Jonathan E. Raulston-
Engel, Hairston & Johanson, P.C.
P O Box 11405
Brimingham, AL 35202-1405


ZIPP ENTEPRISES LLC
120 E. BELOIT STREET
DARIEN, WI 53114-1581

(u) Prairie Capital Advisors, Inc.

(u) RICHARD GRAVES FAMILY TRUST U/A

(d) S & L Brokerage, Inc.
1108 N.E. 146th Street
Suite J
Vancouver, WA 98685-1412


(u) Sealed Air Corporation

(d) Southco Brokerage
270 Cox Rd.
Henderson, TN 38340-3706

(u) Sparrer Acquisition, Inc.


(u) Stahl Cowen Crowley, LLC

(u) United Food and Commercial Workers Interna

(u) VentureS[pring, LLC


(d) Vista International Packaging, LLC
1126 88th Place
Kenosha, WI 53143-6538

End of Label Matrix
Mailable recipients   252
Bypassed recipients    22
Total                 274

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SPARRER SAUSAGE COMPANY, INC., | ) | Case No. 12-04289 |
| | ) | |
| Debtor. | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | Hearing: December 8, 2015 at 9:30 a.m. |

## APPLICATION OF VENTURESPRING, LLC
## FOR FINAL ALLOWANCE OF COMPENSATION

VentureSpring, LLC ("VentureSpring"), financial advisor to Sparrer Sausage Company,

Inc., debtor and debtor-in-possession in the above-captioned case (the "Debtor"), pursuant to 11

U.S.C. §§ 330, 331 and 503(b)(2), hereby applies (the "Final Application") for the entry of an

order allowing as its final compensation the amount of $13,265.00 for financial advisory services

rendered during the period from January 1, 2013 to May 30, 2013 and (b) allowing on a final

basis all compensation and reimbursement awarded under its First Interim Order and the Second

Interim Order (each as defined hereafter).   In support of its Final Application, VentureSpring

respectfully states as follows:

### INTRODUCTION

1.      This Court has jurisdiction over this Final Application pursuant to 28 U.S.C. §§

157 and 1334. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This

matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      On February 7, 2012 (the "Petition Date"), the Debtor filed its voluntary

petition for relief under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-

{33544: 002: 01744114.DOC : }

1532 (as amended, the "Bankruptcy Code") with the United States Bankruptcy Court for the

Northern District of Illinois (the "Court"), commencing the above-captioned Chapter 11 case.

3.      The statutory bases for the relief requested herein are sections 330 and

503(b)(2) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9006(c).

4.      On March 7, 2012, the Court entered an order [Dkt. No. 39] approving the

Debtor's retention and employment retroactive to the Petition Date of VentureSpring as

financial advisor pursuant to section 327 of the Bankruptcy Code (the "Retention Order").

5.      On May 1, 2012, the Court entered an order [Dkt. No. 96] approving

VentureSpring's first interim fee application for the period from February 7, 2012 through

April 8, 2012 in the amount of $148,645.00 (the "First Interim Order").

6.      On October 31, 2012, the Court entered an order [Dkt. No. 229] approving

VentureSpring's second interim fee application for the period from April 9, 2012 through July

28, 2012 in the amount of $168,105.00, and authorizing the application of its retainer in the

amount of $20,000 for application to its fees as partial payment of such fees (the "Second

Interim Order").

## VENTURESPRING PROFESIONALS AND SERVICES PROVIDED

7.      VentureSpring is a sole proprietorship owned and operated by Tim Shanahan

("Shanahan"). Shanahan is the only employee of VentureSpring.

8.      The Retention Order authorized the Debtor to pay VentureSpring an hourly rate

of $350.00 pursuant to its Engagement Agreement with the Debtor.   The rates for the

VentureSpring professional listed below are customary, reasonable and comparable to hourly

rates charged for similar services by similarly skilled professionals.

{33544: 002: 01744114.DOC : }

## SUMMARY BY TIMEKEEPER

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| Tim Shanahan | Financial advisory services | 350.00 | 37.9 | 13,265.00 |
| **Total** | | | **37.9** | **$13,265.00** |

9.      Pursuant to Bankruptcy Rule 2016(a), a summary of the services rendered by

VentureSpring during the period from January 1, 2013 to May 30, 2013 is set forth below.

Itemized descriptions of the specific hourly services rendered by VentureSpring to the Debtor

during this period are reflected on the final invoice attached hereto as **Exhibit A**.

10.     The hourly tasks performed by VentureSpring are set forth in the detail on the

invoices attached hereto as **Exhibit A** and are summarized below as follows:

(a)     provided those financial advisory and consulting services set forth in the
Engagement Agreement, including, without limitation, conducting cash flow
analysis, and preparation and analysis of budgets, forecasts, and company
financials;

(b)     advised the Debtor with respect to, and evaluated and calculated, accounts
receivable and payable, supplier-related issues, accounts receivable and payable
reconciliation, and collections matters;

(d)     prepared operating and cash collateral budgets and wind-down/liquidation
budgets for the Debtor and First American Bank, the Debtor's prepetition secured
lender;

(e)     prepared financial, monthly operating and budget reconciliation reports for the
U.S. Trustee and First American Bank; and

(f)     provided other financial consulting and advisory services as requested by the
Debtor, including, without limitation, meetings and correspondence with Debtor's
counsel, First American Bank and counsel to the Official Committee of
Unsecured Creditors, coordination with potential purchasers of assets and related
sale issues, and attendance at hearings.

## CONCLUSION

11.     VentureSpring respectfully submits that the compensation for fees sought to be

approved herein is reasonable given the nature, extent and value of services rendered, the

complexity of the issues, the quality and skill which the matters required and the costs of comparable services in similar case under Chapter 11 in this District. VentureSpring significantly benefitted the Debtor's estate through the tasks and efforts detailed in Paragraph 10 above.

12.     VentureSpring has expended a total of 37.90 hours during the period covered by this third and Final Application for the services described above.   The total value of the services and the allowance of compensation requested for those services is $13,265.00.

13.     This is VentureSpring's third and final fee application.

14.     Prior to the Petition Date, the Debtor provided VentureSpring with a retainer equal to $20,000.00 (the "Retainer").   As of the date hereof, 100% of the Retainer has been applied to VentureSpring's fees and expenses.

15.     VentureSpring requests that the order approving this Final Application be effective immediately upon entry.

16.     In addition, VentureSpring seeks allowance on a final basis of all compensation and reimbursement awarded to VentureSpring under the First Interim Order and Second Interim Order.

**NOTICE**

17.     Notice of this Final Application has been given to: (a) the Office of the United States Trustee for the Northern District of Illinois; (b) counsel to First American Bank; (c) counsel to the Committee; (d) each party that has filed an appearance or requested notice pursuant to Federal Bankruptcy Rule 2002 and (e) each of the creditors set forth on the Debtor's creditor matrix in this case.   In light of the nature of the relief requested, VentureSpring submits that no further notice should be required.

{33544: 002: 01744114.DOC : }

WHEREFORE, VentureSpring respectfully requests that the Court enter an order (a) allowing and awarding on a final basis as VentureSpring's compensation for the period from January 1, 2013 to May 30, 2013, the amount of $13,265.00 for compensation of its hourly fees and services; (b) allowing on a final basis all compensation awarded to VentureSpring under the First Interim Order and Second Interim Order; and (c) granting such other and further relief as is just and proper.

Dated: November 10, 2015

Respectfully submitted,

**VENTURESPRING, LLC**

By:  /s/ *Tim Shanahan*
      Sole Member and Manager

**MELTZER, PURTILL & STELLE LLC**

By:  /s/ *David L. Kane*
      One of the Debtor's Attorneys

Forrest B. Lammiman (ARDC No. 6208632)
David L. Kane (ARDC No. 6277758)
MELTZER, PURTILL & STELLE LLC
300 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 987-9900
(312) 987-9854 (facsimile)

{33544: 002: 01744114.DOC : }