## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SPARRER SAUSAGE COMPANY, INC., | ) | Case No. 12-04289 |
| | ) | |
| Debtor. | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | Hearing: December 8, 2015 at 9:30 a.m. |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on **December 8, 2015 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Deborah L. Thorne in the courtroom usually occupied by her, Courtroom No. 613, in the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois, or before any judge who may be sitting in his place or stead, and shall then and there present the **Final Application of Meltzer, Purtill & Stelle LLC for Allowance of Compensation and Reimbursement of Expenses**, a copy of which is attached hereto and hereby served upon you, at which time and place you may appear as you see fit.

Dated: November 10, 2015

**SPARRER SAUSAGE COMPANY, INC.**

By: _/s/ Forrest B. Lammiman_
One of Its Attorneys

Forrest B. Lammiman (ARDC No. 6208632)
David L. Kane (ARDC No. 6277758)
MELTZER, PURTILL & STELLE LLC
300 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 987-9900
(312) 987-9854 (facsimile)

{33544: 002: 01739100.DOC : }

## CERTIFICATE OF SERVICE

I, David L. Kane, an attorney, certify that on or about November 10, 2015, I caused copies of the **Notice of Motion** and **Final Application of Meltzer, Purtill & Stelle LLC for Allowance of Compensation and Reimbursement of Expenses**, to be served (i) via electronic notice on the parties noted in the Court's CM/ECF system and (ii) via U.S. Mail, postage prepaid on individuals on the Service List below.

_/s/ David L. Kane_

**(i)      Via Electronic Notice**

- Jay A Andrew     jaa@dgaalaw.com, jaalaw@ymail.com
- Thomas J. Angell     tangell@jbosh.com
- Elizabeth A. Bates     ebates@springerbrown.com, jkrafcisin@springerbrown.com;jprice@springerbrown.com
- Francisco Connell     fconnell@chuhak.com, hcummins@chuhak.com
- Francisco Connell     fconnell@chuhak.com, hcummins@chuhak.com
- Alex Darcy    adarcy@askounisdarcy.com
- Alex Darcy    adarcy@askounisdarcy.com
- Shelly A. DeRousse     sderousse@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com
- Michael W Debre     mdebre@chuhak.com, mdominguez@chuhak.com
- Jay L Dolgin     jdolgin@dolginlawgroup.com
- Kevin C. Driscoll     kevin.driscoll@btlaw.com, jriazi@btlaw.com;ddotts@btlaw.com
- Kenneth B Drost     kdrost@kbdpc.com, rsmith@kbdpc.com
- James B Gottlieb     jgottlieb@chuhak.com
- Theodore E Harman     teharman@uhlaw.com
- Jeffrey N Kowalkowski     lanphierlaw@l-klaw.com
- Forrest B Lammiman     flammiman@mpslaw.com, dkane@mpslaw.com;srogovin@mpslaw.com;crampich@mpslaw.com
- Forrest B Lammiman     flammiman@mpslaw.com, dkane@mpslaw.com;srogovin@mpslaw.com;crampich@mpslaw.com
- Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
- Pamela J Leichtling     pleichtling@clarkhill.com
- Pamela J Leichtling     pleichtling@stahlcowen.com
- Jordan M Litwin     jlitwin@mpslaw.com
- Megan M. Mathias     megan@loppmathiaslaw.com
- Timothy S. McFadden     tmcfadden@btlaw.com
- Ronald Peterson     rpeterson@jenner.com, lraiford@jenner.com
- Landon S Raiford     lraiford@jenner.com, mmatlock@jenner.com
- Scott N. Schreiber     sschreiber@clarkhill.com, tbraun@clarkhill.com
- Lloyd M Sonenthal     lloyd6943@prodigy.net
- George J. Spathis     gspathis@hmblaw.com, lvalenti@hmblaw.com,lmalone@hmblaw.com

- Jessica Tovrov      jessica@tovrovlaw.com
- Michael Traison      traison@millercanfield.com,
  wysocki@millercanfield.com,swansonm@millercanfield.com
- Stefanie Wowchuk McDonald      stefanie.mcdonald@dentons.com,
  NDIL_ECF@dentons.com
- Bruce E de'Medici      bdemedici@gmail.com

**(ii) <u>Via U.S. Mail, postage prepaid on individuals on the attached Service List</u>.**

Jay A. Andrew
Drost Gilbert Andrew & Apicella LLC
800 E Northwest Highway, Suite 1090
Palatine, IL 60074

Matthew R. Barrett
Cohon Raizes & Regal LLP
208 W. LaSalle , Suite 1860
Chicago, IL 60604

Cornelius P. Brown
Cohon Raizes & Regal LLP
208 S Lasalle St , Suite 1860
Chicago, IL 60604

Clark Hill PLC
150 N Michigan Ave
Chicago, IL 60601

FGMK, LLC
333 W Upper Wacker Dr
Chicago, IL 60606

Prairie Capital Advisors, Inc.
1 Mid America Plaza #1000
Oakbrook Terrace, IL 60181

Stahl Cowen Crowley, LLC
55 W Monroe St., Suite 1200
Chicago, IL 60603

Andrew D Stosberg
Lloyd & McDaniel PLC
11405 Park Road
Louisville, KY 40223

Tim Shanahan
VentureSpring, LLC
220 Keith Lane
Lake Forest, IL 60045

# SERVICE LIST

814 AMERICAS INC.
814 SECOND AVE.
ELIZABETH, NJ 07202-3804

ADAN'S TRUCKING, INC.
313 N. CARPENTER
CHICAGO, IL 60607-1257

AETNA INSURANCE
1515 E. WOODFIELD RD.
SCHAUMBURG, IL 60173-6046

AFFILIATED CONTROL EQUIPMENT CO.
640 WHEAT LANE
WOOD DALE, IL 60191-1187

ALKAR-RAPIDPAK, INC.
932 DEVELOPMENT DRIVE
LODI, WI 53555-1300

ALL AMERICAN PAPER CO.
14 PLAZA DRIVE
WESTMONT, IL 60559-1179

ALL DOORCHECK & LOCK SERVICE
2132 S. 61ST AVE.
CICERO, IL 60804-2000

ALL ELECTRIC MOTOR REPAIR & SERVICE, INC.
6726 SOUTH ASHLAND
CHICAGO, IL 60636-3430

ALLIED PACKAGING
133 N. 25TH AVE.
MELROSE, IL 60160-3061

ALLIED WASTE SERVICES
P.O. BOX 9001154
LOUISVILLE, KY 40290-1154

ALLISON'S LIFT TRUCK SERVICE
1352 ENTERPRISE DRIVE
ROMEOVILLE, IL 60446-1016

ANDERSON PEST CONTROL
501 W. LAKE STREET, SUITE 204
ELMHURST, IL 60126-1419

ANTLER TRUCKING CO.
3001 N. BROADWAY
SAINT LOUIS, MO 63147-3510

ARMOUR-ECKRICH MEATS LLC
4225 Naperville Road
Lisle, IL 60532-3699

ARTHUR SCHUMAN MIDWEST LLC
Michael W Debre Askounis & Darcy PC
444 N Michigan Ave Suite 3270
Chicago IL 60611-3906

ARTHUR WILLIAM BAKER
1192 E. ALTADENA DRIVE
ALTADENA, CA 91001-2002

ASM COLORADO
96 INVERNESS DRIVE E.
UNIT A BUILDING 96
ENGLEWOOD, CO 80112-5311

AT&T
P.O. BOX 6428
CAROL STREAM, IL 60197-6428

Adan's Trucking, Inc.
P.O. Box 902
Bolingbrook, IL 60440-1083

Advanced Weighing Systems
P.O. Box 1951
Lombard, IL 60148-8951

Air Services Co.
108 Gateway Rd.
Bensenville, IL 60106-1951

Alex Darey, Esq
Askounis & Darcyt, PC
401 North Michigan Ave
Suite 550
Chicago, IL 60611-5523

Thomas J. Angell
Jacobs, Burns, Orlove & Hernandez
150 North Michigan Avenue
Suite 1000
Chicago, IL 60601-7569

Aspen Systems, Inc.
6930 E. Chauncey Lane
Phoenix, AZ 85054-5175

Avers Merchandise Group, Inc.
28 Wescott Lane
South Barrington, IL 60010-9526

BALCHEM CORPORATION
52 SUNRISE PARK ROAD
NEW HAMPTON, NY 10958-4703

BATAVIA CONTAINER, INC.
1400 PARAMOUNT PKWY
Batavia, IL 60510-1463

BATAVIA CONTAINER, INC.
Euler Hermes ACI
Agent of Batavia Container, Inc.
800 Red Brook Boulevard
Owings Mills MD 21117-5173

BDI
1414 Norwood Avenue
Itasca, IL 60143-1129

BEAVERTON FOODS, INC.
P.O. BOX 687
BEAVERTON, OR 97075-0687

BLUE THUNDER TRUCK BROKERAGE, INC
James V Perolo Klein Thorpe & Jenkins
20 N Wacker Drive Suite 1660
Chicago, IL 60606-2903

BRIAN GRAVES
7720 S. Hamilton
Burr Ridge, IL 60527-6925


BUDRECK TRUCK LINES,
8040 SOUTH ROBERTS ROAD
BRIDGEVIEW, IL 60455-2249

Elizabeth A. Bates
Springer Brown, LLC
400 South County Farm Road
Ste. 330
Wheaton, IL 60187-4547

Belmark
600 Heritage Road
De Pere, WI 54115-2444


Blue Thunder Truck Brokerage, Inc.
P. O. Box 88259
Chicago, IL 60680-1259

C&H Robinson Company, Inc.
12300 Old tesson Rd.
Saint Louis, MO 63128-2230

C.H. Robinson Worldwide Inc
14701 Charleson Road
Eden Prairie, MN 55347-5076


CAA/THE HEARING & VISION PLACE
6905 NORTH AVENUE
OAK PARK, IL 60302-1041

CHAPMAN SALES & MARKETING
P.O. BOX 340
FAIRBANKS, LA 71240-0340

CHARM SCIENCES INC.
659 ANDOVER STREET
LAWRENCE, MA 01843-1032


CHEMSTATION
50 FRONTIER WAY
BENSENVILLE, IL 60106-1124

CHEP USA
8517 SOUTH PARK CIRCLE
ORLANDO, FL 32819-9062

CHICAGO MIDWEST MEAT ASSOC.
11350 SOUTH WINDS CROSSING
ORLAND PARK, IL 60467-5247


CITY OF CHICAGO
DEPT. OF ENVIRONMENT/PERMIT ENFORCEMENT
CHICAGO, IL 60602

CLEAR LAM PACKAGING INC
Attn. G. Thomas Rieder
1950 PRATT BLVD.
ELK GROVE, IL 60007-5993

COLORADO FOOD PRODUCTS, INC.
3600 S. Yosemite St.
DENVER, CO 80237-1830


COZZINI, INC/PRIMEDGE.
4300 WEST BRYN MAWR AVE.
CHICAGO, IL 60646-5943

CRYOVAC SEALED AIR CORP.
1000 DALTON LANE, SUITE B
BOLINGBROOK, IL 60490-3293

CUNNINGHAM & COMPANY
140 EAST 14TH STREET
INDIANAPOLIS, IN 46202-4418


Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153

Chase Bank USA, N.A.
c/o Kevin C. Driscoll, Jr.,
Barnes & Thornburg LLP,
1 North Wacker Drive, Suite 4400,
Chicago, IL 60606-2841

Chemstation Chicago
934 N Oaklawn Ave Ste 1
Elmhurst IL 60126-1032


Chicago Meat Group, Inc.
4300 Lincoln Avenue
Rolling Meadows, IL 60008-1157

City Foods, Inc.
Cohon Raizes & Regal LLP
208 S. LaSalle St., Suite 1860
Chicago, IL 60604-1160

City Foods, Inc.
P.O. Box 09190
Chicago, IL 60609-0190


Cole Taylor Bank
c/o Tejal S. Desai
Latimer LeVay Fyock LLC
55 W. Monroe Street, Suite 1100
Chicago IL 60603-5128

Colorado Food Products, Inc.
c/o Howard S. Sher, Esq.
2301 W. Big Beaver Road, Suite 777
Troy, MI 48084-3330

ComEd
Bill Payment Center
Chicago, IL 60668-0001

Francisco Connell
Chuhak & Tecson, P.C.
30 S. Wacker Dr.
Suite 2600
Chicago, IL 60606-7512

Consulting Audiological Associates, INC
6905 North Avenue
Oak Park, IL 60302-1041

Consumers Vinegar & Spice
4723 S. Washtenaw
Chicago, IL 60632-2097

Contemporary Distribution, Inc.
P.O. Box 595
La Grange, IL 60525-0595

Creative Financial Staffing
Attn: Julie Plank
330 East Jefferson Blvd
South Bend, MI 46601-2314

Creative Financial Staffing
P.O. Box 415565
Boston, MA 02241-5565

DARLING INTERNATIONAL
P.O. Box 615
DES MOINES, IA 50306-0615

DECO LABELS & TAGS
500 THORNDALE AVE, SUITE H
WOOD DALE, IL 60191-1267
Attn: Christie Gllespie

DEIBEL LABORATORIES
7120 NORTH RIDGEWAY
LINCOLNWOOD, IL 60712-2622

DEVRO, INC.
22605 NETWORK PLACE
CHICAGO, IL 60673-1226

Dante's Peak Heating & Cooling
4118 W. Fletcher
Chicago, IL 60641-5431

Alex Darcy
Askounis & Darcy, PC
444 N. Michigan Avenue
Suite 3270
Chicago, IL 60611-3906

Daymon Worldwide Inc.
P O Box 3801
Carol Stream, IL 60132-3801

Shelly A. DeRousse
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606-6679

Michael W Debre
Chuhak & Tecson PC
30 S. Wacker Drive
Suite 2600
Chicago, IL 60606-7512

Department of Treasury  Internal Revenue Ser
P O Box 7346
Philadelphia, PA  19101-7346

Design Solutions
35544 Sheridan Drive
Fox Lake, IL 60020-1926

Devro, Inc.
P O Box 11925
Columbia,, SC 29211-1925

Di Donato Design
400 N. May Street
Chicago, IL 60642-6495

Direct Energy Business
1001 Liberty Ave Fl 13
Pittsburgh, PA 15222-3728

Dolgin & Fischer, LLC
30 N. LaSalle Street
Chicago, IL 60602-2590

EMEDCO
P.O. BOX 369
BUFFALO, NY 14240-0369

ENGLEWOOD ELECTRIC SUPPLY CO.
3939 SOUTH KARLOV
CHICAGO, IL 60632-3813

ETTLINGER CORP.
SUITE 247175
OLDE HALF DAY ROAD
LINCOLNSHIRE, IL 60069

Economy Folding Box Corp.
2601 S. LaSalle Street
Chicago, IL 60616-2795

Excalibur Seasoning Co., Ltd.
1800 Riverway drive
Pekin, IL 61554-9307

FASTENAL COMPANY
4320 FIRST AVE., UNITS 105/106
LYONS, IL 60534-1087

FEDERAL EXPRESS CORP.
P.O. BOX 94515
PALATINE, IL 60094-4515

FIELD PACKAGING GROUP
5555 WEST 73RD STREET
CHICAGO, IL 60638-6505

FIRST AMERICAN BANK
ATTN: MARK E. KROENCKE, VP
1650 LOUIS AVENUE
ELK GROVE VILLAGE, IL 60007-2350

FRANTZ COMPANY, INC.
12314 W. SILVER SPRING DRIVE
MILWAUKEE, WI 53225-2918

FedEx Tech Connect Inc as Assignee
 of FedEx Express/Ground/Freight
3965 Airways Blvd,  Module G, 3rd Floor
Memphis, Tennessee 38116-5017

Felix C. Vitaliano
704 S. Lombard Avenue
Oak Park, IL 60304-1608


Fibre Drum Sales Inc
2414 W 139th Place
Attn: Tim Evoy Jr
Blue Island IL 60406-3265

First American Bank
c/o Lawrence Zydowsky
1650 Louis Avenue
Elk Grove Village, IL  60007-2350

G & B SALES, INC.
4904 LINCOLN DRIVE
EDINA, MN 55436-1071


GB Property Management, Inc.
c/o Abe Brenner
125 N. Halsted, Ste. 203
Chicago, IL 60661-2159

GRAINGER, INC.
MW H11, DEPT 136 - 801564634
PALATINE, IL 60038-0001

GREYDON, INC.
204 ST. CHARLES WAY, UNIT 301E
YORK, PA 17402-4645


GUERNSEY CONSULTING
12920 FENWICK CENTER
LOUISVILLE, KY 40223-4798

Green Bay Packaging
3601 N. Runge Avenue
Franklin Park, IL 60131-1197

Guarino Whls. Meats, Inc.
3626 S. Halsted Street
Chicago, IL 60609-1675


HANDTMANN, INC.
1692 BARCLAY BLVD.
BUFFALO GROVE, IL 60089-4523

HARBRO LABEL, LLC
C/O JIM RUSSELL
2635 N. KILDARE
CHICAGO, IL 60639-2051

HOFMEISTER
2386 S. BLUE ISLAND AVE.
CHICAGO, IL 60608-4292


Harbro Packaging
2635 N. Kildare
Chicago, IL 60639-2051

Heights Finance Corp
8343 Indianapolis Blvd
Highland In 46322-1065

Heights Finance Corp.
1815 W. Glen Park Ave.
Griffith IN 46319-3702


Hovus Incorporated
272 Brodhead Road
Bethlehem, PA 18017-8956

IMPRINT ENTERPRISES,INC
555 N. COMMONS DRIVE
AURORA, IL 60504-4112

INDUSTRIAL THERMO PRODUCTS, INC.
1051 ROHLWING RD., Unit C
ROLLING MEADOWS, IL 60008-1051


INFO TRACK INFORMATION SERVICES, INC
111 DEERLAKE ROAD
DEERFIELD, IL 60015-4986

INTEGRYS ENERGY SERVICES
PO BOX 3145
MILWAUKEE, WI 53201-3145

INTER-TECH SUPPLIES
802 EAST FAIRMONT STREET
ALLENTOWN, PA 18109-3373


INTERNATIONAL BUSINESS MACHINES CORP.
Attn: National Bankruptcy Coordinator
275 Viger East, Suite 400
Montreal,  QC H2X 3R7
Canada

Idlewood Electric Supply, Inc.
114 Skokie Valley Rd.
Highland Park, IL 60035-4495

Illinois Bell Telephone Company
% AT&T Services, Inc
James Grudus, Esq.
One AT&T Way, Room 3A218
Bedminster, NJ 07921-2693


Integrys Energy Services Inc
20 N Wacker Drive Ste 2100
Chicago, Il 60606-3002

J. D. PRECISION MCG.
8429 W. 44th PLACE
LYONS, IL 60534-1743

JACK'S, INC.
6638-42 W. 26TH STREET
BERWYN, IL 60402-2656

JASON'S FOODS, INC.
208 E. HELEN ROAD
Palatine, IL 60067-6955

JASON'S FOODS, INC.
Euler Hermies ACI
Agent of Jason's Foods, Inc
800 Red Brook Boulevard
Owings Mills, MD 21117-5173

JILL GRAVES
7720 S. Hamilton
Burr Ridge, IL 60527-6925

JKC TRUCKING, INC.
5450 SOUTH CENTER AVENUE
SUMMIT, IL 60501-1025

JOHN R. MORREALE, INC.
216 NORTH PEORIA STREET
CHICAGO, IL 60607-1706

JOHNSONVILLE SAUSAGE
PO BOX 906
SHEBOYGAN, WI 53082-0906

JOSEPH C. HONIG, INC.
22277 TIMBERLY DRIVE
BOCA RATON, FL 33428-3833

John Hofmeister & Son, Inc
2386 S.Blue Island Ave
Chicago, IL 60608-4292

John Jasensky
Nabisco
Three Lakes Drive
Northfield, IL 60093-2753

John R. Morreale, Inc.
216 N. Peoria St.
Chicago, IL 60607-1706

K & L Gates LLP
210 Sixth Avenue
Pittsburgh, PA 15222-2613

KASEL ENGINEERING LLC.
5911 WOLF CREEK PIKE
TROTWOOD, OH 45426-2439

KERRY BIO-SCIENCE
3400 MILLIMGTON RD.
BELOIT, WI 53511-9554

KRC  LOGISTICS
5603 PAYSHERE CIRCLE
CHICAGO, IL 60674-0056

Kasel Engineering LLC
5911 Wolf Creek Pike
Dayton, OH 45426-2439

Keefe Supple Co.
10880 Lin Page Place
Saint Louis, MO 63132-1008

Jeffrey N Kowalkowski
Lanphier & Kowalkowski, Ltd
568 Spring Road
Suite B
Elmhurst, IL 60126-3896

LABEL QUEST, INC.
493 W. FULLERTON AVE.
ELMHURST, IL 60126-1404

Forrest  B Lammiman
Meltzer, Purtill & Stelle LLC
300 South Wacker Drive
Suite 2300
Chicago, IL 60606-6701

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Pamela J Leichtling
Clark Hill PLC
150 N. Michigan Ave. #2700
Chicago, IL 60601-7576

Jordan M Litwin
Meltzer, Purtill & Stelle LLC
300 S. Wacker Drive, Suite 2300
Chicago, IL 60606-6701

MARK-It-Express LLC
4800 S. Central Ave
CHICAGO, IL 60638-1535

MARKEM-IMAJE CORPORATION
150 CONGRESS STREET
KEENE, NH 03431-4377

MARKETING CONCEPTS GROUP
12 SALT CREEK LANE
HINSDALE, IL 60521-8612

MARLEN INTERNATIONAL
800 W. 47TH
KANSAS CITY, MO 64112-1251

MC MASTER-CARR
600 COUNTYLINE ROAD
ELMHURST, IL 60126-2081

MIDWEST MARKETING NETWORK, INC.
3527 WALNUT AVENUE
WILMETTE, IL 60091-1038

MILLMARK SALES
1225 LIGURIAN RD
PALM BEACH, FL 33410-2130

MITCHELL & COMPANY
601 SCOTT STREET
LITTLE ROCK, AR 72201-4536

MOTION INDUSTRIES, INC.
1723 N. 25TH AVE.
MELROSE, IL 60160-1823

MS Total Custom, Inc.
9538 S. Manisfield
Oak Lawn, IL 60453-2811

MULTIVAC, INC.
P.O. BOX 412617
KANSAS CITY, MO 64141-2617

Marlen International, Inc.
c/o Robert D Maher McDowell Rice
Smith & Buchanan PC
605 West 47th Street, Suite 350
Kansas City, MO 64112-1912

Martinez Creative Group
902 South Randall Road
Saint Charles, IL 60174-1554

McMaster-Carr Supply Company
P O Box 4355
Chicago, IL 60680-4355

Meltzer, Purtill & Stelle LLC
c/o David Kane
300 South Wacker Drive, Suite 3500
Chicago, IL 60606-6704

Mercyworks Occupational Medicine
2600 S. Michigan Avenue
Chicago, IL 60616-2857

Mondelez International Inc
c/o John Verscaj
Three Lakes Drive (NF 4F)
Northfield, IL 60093-2753

Motion Industries
P O Box 1477
Brimingham, AL 35201-1477

Motion Industries, Inc.
1331 N. 31st Avenue
Melrose Park, IL 60160-2907

Multivac, Inc.
11021 North Pomona Avenue
Kansas City, MO 64153-1146

NABISCO
P.O. BOX 70039
CHICAGO, IL 60673-0039

NICOR
P.O. Box 0632
Aurora, IL 60507-0632

NORTHERN SAFETY CO.,
232 INDUSTRIAL PARK DRIVE
UTICA, NY 13504-4250

National Rubber Stamp, Inc.
1704 West Belmont Avenue
Chicago, IL 60657-3020

New World Skid Recycling
1238 N. Kostner
Chicago, IL 60623

Newly Weds Foods, Inc.
Lock Box 6327
Chicago, IL 60680-6327

Nicor Gas
Po box 549
Aurora il 60507-0549

OHIO MEDICAL
6690 EAGLE WAY
CHICAGO, IL 60678-1066

ORLEANS
30600 NORTHWESTERN HWY
FARMINGTON, MI 48334-3172

P & J BROKERAGE
PADGY TURLEY
HUTCHINSON, KS 67502

P&J Brokerage - Padgy Turley
501 E. 74th Avenue
Hutchinson, KS 67502-8335

PC Mall
111 N. Canal Street
West Loop
Chicago, IL 60606-7218

PC Mall
1940 E. Mariposa Avenue
El Segundo, CA 90245-3457

PERISHABLE
7501 INDUSTRIAL DRIVE
FOREST PARK, IL 60130-2515

PHIL-MART
P.O. BOX 157
BRASELTON, GA 30517-0003

POLY-CLIP SYSTEM CORP.
1000 TOWER ROAD
MUNDELEIN, IL 60060-3816

PRAIRIE STATE
11100 ADDISON AVENUE
FRANKLIN, IL 60131-1404

PRAIRIE STATE GRAPHICS
11100 ADDISON AVE.
FRANKLIN, IL 60131-1404

PRESSURE-WASHER-PARTS
23591 472 AVE.
COLMAN, SD 57017-6542

PRINCIPAL FINANCIAL GROUP
711 HIGH STREET
DES MOINES, IA 50392-0001

Packaging Corporation of America
Packaging Credit Company, LLC
Attn: Karen McGill
900 E. Diehl Road, Suite 131
Naperville, IL 60563-2392


Peoples Energy
231305 Momentum Place
Chicago, IL 60689-0001

Ronald Peterson
Jenner & Block
353 N. Clark Street
Chicago, IL 60654-5474

Pork King Packing Inc.
P.O. Box 253
Marengo, IL 60152-0253


Prairie State Graphics
Coface North America Insurance Company
50 Millstone Rd., Bldg. 100, Ste. 360
East Windsor, NJ 08520-1415

Prairie State Impressions
Coface North America Insurance Company
50 Millstone Rd., Bldg. 100, Ste. 360
East Windsor, NJ 08520-1415

Pressure-Washer-Parts.Com
47042 258th Street
Sioux Falls, SD 57107-6436


Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874

QUALITY ELECTRIC
P.O. BOX 09276
CHICAGO, IL 60609-0276

R.G. SELLERS CO.
3185 ELBEE RD
DAYTON, OH 45439-1919


RAVID & BERNSTEIN, L.L.P.
230 W. MONROE STREET
CHICAGO, IL 60606-4701

RAY ZOROUFIE
40 MEMORIAL HWY, STE 26g
NEW ROCHELE, NY 10801-8339

ROBERT REISER & CO.
725 DEDHAM ST.
CANTON, MA 02021-1450


ROCK-TREND
405 OAKWOOD AVE.
WAUKEGAN, IL 60085-3014

ROLL & ROLL METAL
2310 W. 58TH ST.
CHICAGO, IL 60636-1516

RSR Accounting & Tax Service
5105 S. Neenah
Chicago, IL 60638


RUDISILL ENTERPRISES
1006 DORNOCH ROAD
GASTONIA, NC 28054-6435

Landon S Raiford
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-5474

Ron's Temporary Help Services, Inc
d/b/a RON'S STAFFING
c/o Iveliz Figueroa
666 DUNDEE ROAD #103
NORTHBROOK, IL 60062-2744


Rudisill Enterprises
2733 E. Ozark Avenue
Gastonia, NC 28054-1425

S & L BROKERAGE, INC.
1108 N.E. 146TH ST., SUITE J
VANCOUVER, WA 98685-1412

SAF-T-GARD INT'L INC.
205 HUEHL RD.
NORTHBROOK, IL 60062-1972


SILLIKER, INC.
1304 HALSTED ST.
CHICAGO HTS., IL 60411-2728

SOUTHCO BROKERAGE
270 COX ROAD
HENDERSON, TN 38340-3706

STERLING COMMERCE
COMMERCE SERVICES
8430 W BRYN MAWR AVE, STE. 575
CHICAGO, IL 60631-3497


Saf-T-Gard Intl Inc.
205 Huehl Rd.
Northbrook, IL 60062-1972

Scott N. Schreiber
Clark Hill PLC
150 N. Michigan Ave.
Suite 2700
Chicago, IL 60601-7576

Sealed Air Corporation
Andrew D. Stosberg
Lloyd & McDaniel, PLC
Po Box 23200
Louisville, KY 40223-0200

Secretary of State Jesse White
Department of Business Services
Springfield, IL 62756-0001

Silliker, Inc.
111 E. Wacker Drive
Suite 2300
Chicago, IL 60601-4214

Silliker, Inc.
1304 Halsted Street
Chicago Heights, IL 60411-2728

Sparrer Sausage Company, Inc.
4325 West Ogden Avenue
Chicago, IL 60623-2925

Andrew D Stosberg
Lloyd & McDaniel PLC
11405 Park Road
Louisville, KY 40223-2427

Suburban Laboratories, Inc.
4140 Litt Drive
Hillside, IL 60162-1120

Sugardale Foods
P.O. Box 571
Massillon, OH 44648-0571

T & K DISTRIBUTING
1197 TAYLORSVILLE
TAYLORSVILLE, GA 30178

THE CUSTOM COMPANIES
PO BOX 3270
NORTHLAKE, IL 60164-8270

TONE PRODUCTS, INC.
2139 NORTH 15TH AVE.
MELROSE, IL 60160

TQL
PO BOX 634558
CINCINNATI, OH 45263-4558

TRUCKPRO-CHICAGO
5551 W. OGDEN AVE
CICERO, IL 60804-3507

Taylor Machining
4235 Amelia Avenue
Lyons, IL 60534-1343

Total Quality Logistics
1701 Edison Dr
Milford, OH 45150-2728

Jessica Tovrov
Tovrov Law Offices LLC
105 West Madison Street
Suite 1500
Chicago, IL 60602-4602

Town of Cicero - Water and Sewer
4949 W. Cermak Rd.
Cicero, IL 60804-2461

Michael Traison
Miller, Canfield, Paddock & Stone PLC
225 W. Washington
Suite 2600
Chicago, IL 60606-3439

UFCW 1546 Pension Fund
c/o Thomas J. Angell; Jacobs, Burns, et
150 N. Michigan Avenue, Suite 1000
Chicago, IL 60601-7569

UFCW LOCAL 1546
1649 W. ADAMS STREET
CHICAGO, IL 60612-3280

UFCW Local 1546
c/o Thomas J. Angell,Jacobs, Burns et al
150 N. Michigan Avenue, Suite 1000
Chicago, IL 60601-7569

UFCW Local 1546
c/o Thomas J. Angell; Jacobs, Burns, et
122 S. Michigan Ave., Suite 1720
Chicago, IL 60603-6145

UFCW Local 1546 Health & Welfare Fund
c/o Thomas J. Angell Jacobs Burns etal
150 N. Michigan Avenue, Suite 1000
Chicago, IL 60601-7569

UFCW Local 1546 Pension fund
c/o Thomas J. Angell, Jacobs, Burns etal
150 N. Michigan Avenue, Suite 1000
Chicago, IL 60601-7569

UNITED FOOD
15W700 SOUTH FRONTAGE
BURR RIDGE, IL 60527-7930

UNITED HEARTLAND
PO BOX 4061
CAROL STREAM, IL 60197-4061

UNITED PARCEL SERVICE
P.O. BOX 650580
DALLAS, TX 75265-0580

UNITED PARCEL SERVICE
c/o RMS Bankruptcy Recovery Services
P.O. Box 4396
Timonium, MD 21094-4396

US GAS
11618 SOUTH MAYFIELD
ALSIP, IL 60803-6010

United Food Ingredients, Inc.
c/o Chuhak & Tecson, P.C.
Attn: Daniel J. Fumagalli
30 S. Wacker Drive
Suite 2600
Chicago, IL 60606-7512

United Food Ingredients, Inc.
c/o Chuhak & Tecson, P.C.
Attn: Francisco E. Connell
30 S. Wacker Dr., Ste. 2600
Chicago, IL 60606-7512

VANEK BROTHERS
3924 S. LOOMIS
CHICAGO, IL 60609-2401

VISCOFAN USA, Inc.
50 County Court
Montgomery, AL 36105-5506

VISTA INTERNATIONAL PACKAGING, LLC
1126 88th Place
Kenosha, WI 53143-6538


Viscofan USA Inc
Atradius Collections Inc
1200 N Arlington Heights Rd Ste 410
Itasca, IL 60143-3109

Viskase Companies, Inc.
c/o Kevin C. Driscoll, Jr.,
Barnes & Thornburg LLP,
1 North Wacker Drive, Suite 4400,
Chicago, IL 60606-2841

Vista International Packaging, LLC
6015 29th Avenue
Kenosha, WI 53143


W W GRAINGER INC
ATTN: SPECIAL COLLECTIONS DEPT
MES17801564634
7300 N MELVINA
NILES IL 60714-3906

WAREHOUSE DIRECT
1601 W. ALGONQUIN RD.
MOUNT PROSPECT, IL 60056-5503

WILLIAM BROWN CO., INC.
6429 HEGERMAN STREET
PHILADELPHIA, PA 19135-3399


Wal-Mart Stores, Inc.
c/o Charles B. Hendricks
Cavazos Hendricks Poirot & Smitham, PC
900 Jackson Street, Suite 570
Dallas, TX 75202-2413

Walgreen Co
ms 2233
200 Wilmot Rd
Deerfield, IL 60015-4681

ZEP MANUFACTURING CO.
Jonathan E. Raulston-
Engel, Hairston & Johanson, P.C.
P O Box 11405
Brimingham, AL 35202-1405


ZIPP ENTEPRISES LLC
120 E. BELOIT STREET
DARIEN, WI 53114-1581

(u)Prairie Capital Advisors, Inc.

(u)RICHARD GRAVES FAMILY TRUST U/A

(d)S & L Brokerage, Inc.
1108 N.E. 146th Street
Suite J
Vancouver, WA 98685-1412


(u)Sealed Air Corporation

(d)Southco Brokerage
270 Cox Rd.
Henderson, TN 38340-3706

(u)Sparrer Acquisition, Inc.


(u)Stahl Cowen Crowley, LLC

(u)United Food and Commercial Workers Interna

(u)VentureS[pring, LLC


(d)Vista International Packaging, LLC
1126 88th Place
Kenosha, WI 53143-6538

End of Label Matrix
Mailable recipients    252
Bypassed recipients     22
Total                  274

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SPARRER SAUSAGE COMPANY, INC., | ) | Case No. 12-04289 |
| | ) | |
| Debtor. | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | Hearing: December 8, 2015 at 9:30 a.m. |

## FINAL APPLICATION OF MELTZER, PURTILL & STELLE LLC
## FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Meltzer, Purtill & Stelle, LLC ("MPS"), counsel to Sparrer Sausage Company, Inc., debtor in the above-captioned case (the "Debtor"), pursuant to 11 U.S.C. §§ 330 and 503(b)(2), hereby applies (the "Final Application") for the entry of an order (a) allowing on a final basis as its compensation the amount of $63,197.00 for legal services rendered and $3,548.28 for expenses during the period from January 1, 2013 through November 6, 2015 (the "Final Period") and (b) allowing on a final basis all compensation and reimbursement awarded under the First Interim Order and the Second Interim Order (each as defined hereafter). Of the total amount of fees and expenses sought for the Final Period, none have been paid to MPS thus far. In support of its Final Application, MPS respectfully states as follows:

### INTRODUCTION

1.      This Court has jurisdiction over this Final Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      The statutory bases for the relief requested herein are sections 330 and 503(b)(2) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9006(c).

{33544: 002: 01739100.DOC : }

3.      On February 7, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

4.      On March 16, 2012, the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee").

5.      On March 7, 2012, the Court entered the *Order Granting Application to Employ and Retain Meltzer, Purtill and Stelle LLC as Attorneys for the Debtor Pursuant to 11 U.S.C §§ 327(a) and 329* [Dkt. No. 38], approving the employment of MPS as counsel to the Debtor retroactive to the Petition Date.

6.      On October 17, 2012, the Court entered the *Order Granting First Application of Meltzer, Purtill & Stelle LLC for Allowance of Interim Compensation and Reimbursement of Expenses* [Dkt. No. 220] allowing MPS on an interim basis compensation in the amount of $272,880.50 for legal services rendered and $8,448.49 for expenses during the period from February 7, 2012 through July 31, 2012 (the "First Interim Order"). The First Interim Order authorized MPS to apply the balance of its retainer in the amount of $160,198.01 to the compensation allowed under the First Interim Order.

7.      On February 28, 2013, the Court entered the *Order Granting Second Application of Meltzer, Purtill & Stelle for Allowance of Interim Compensation and Reimbursement of Expenses* [Dkt. No. 258] allowing MPS on an interim basis compensation in the amount of $124,981.50 for legal services rendered and $5,042.42 for expenses during the period from July 12, 2012[1] through December 31, 2012 (the "Second Interim Order").

## MPS PROFESIONALS AND SERVICES PROVIDED

8.      The attorneys performing services for the Debtor, and their respective hourly billing rates, are set forth in the chart below. The hourly rates for the MPS professionals listed

below are customary, reasonable and comparable to hourly rates charged for similar legal services by similarly skilled professionals.

## SUMMARY BY TIMEKEEPER

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| Jordan M. Litwin | Partner | 397.08 | 77.10 | 30,614.50 |
| Laura Pieper Cullin | Partner | 375.00 | 5.10 | 1,912.50 |
| Joy S. Goldman | Partner | 450.00 | 29.80 | 13,410.00 |
| Victoria C. Bresnahan | Partner | 375.00 | 0.70 | 262.50 |
| David L. Kane | Partner | 475.00 | 7.00 | 3,325.00 |
| Forrest B. Lammiman | Partner | 575.00 | 7.50 | 4,312.50 |
| Irene A. Schulte | Paralegal | 200.00 | 46.00 | 9,200.00 |
| Amy Dean | Paralegal | 200.00 | 0.80 | 160.00 |
| **Total** | | | **174.00** | **$63,197.00** |

9.      Pursuant to Bankruptcy Rule 2016(a), a narrative summary of the services rendered by MPS during the Final Period is set forth herein. Itemized and detailed descriptions of the specific services rendered and expenses incurred by MPS to the Debtor during this period are reflected on the billing statements attached hereto as **Exhibits A** through **Exhibit G**. The billing statements set forth the name of each attorney providing service, the date on which each service was rendered, the amount of time expended rendering each service in one-tenth (0.10) hourly intervals, a description of the services rendered and the total amount of services rendered by each attorney in each category. A master invoice setting forth all of the fees and expenses sought by MPS for the Final Period is also attached hereto as **Schedule 1**.

10.     The legal services rendered to the Debtor by MPS and the invoices attached hereto which evidence such services have been categorized pursuant to a task-based billing system based upon the ABA Uniform Task-Based Management System – Bankruptcy Code Set

---

[1] Certain fees for July 2012 missing from the First Interim Order were allowed under the Second Interim Order.

and Litigation Code Set (the "Code Set"). The Code Set is derived from the code set published

by the U.S. Department of Justice, Executive Office for the United States Trustee.

11.    The fees sought by MPS in each of the aforesaid billing categories (other than

Expenses) are summarized as follows:

## SUMMARY BY TASK

| Task | | Exhibit | Hours | Amount |
|------|--|---------|-------|--------|
| B110 | Case Administration | A | 19.00 | 7,595.50 |
| B130 | Asset Disposition | B | 128.20 | 44,084.50 |
| B160 | Fee/Employment Applications | C | 15.10 | 6,442.00 |
| B180 | Avoidance Action Analysis | D | 2.60 | 1,032.00 |
| B230 | Financing/Cash Collections | E | 3.70 | 1,461.50 |
| B310 | Claims Administration and Objections | F | 5.40 | 2,581.50 |
| **Total** | | | **174.00** | **$63,197.00** |

12.    There has been no unnecessary duplication of services by MPS professionals.

Where two or more professionals participated in any activity, such joint participation was

necessary as a result of (a) either the size or complexity of the matters involved or (b) the need to

familiarize each attorney with the matters at issue so that such attorney could perform further

necessary services.

13.    The tasks performed by MPS in each of the listed categories and the fees and

expenses incurred by MPS are set forth in the attached exhibits and are summarized below as

follows:

> **Exhibit A**: B110-Case Administration. The fees in this category include, without
> limitation, time expended for the following: general strategy; day-to-day
> administration; coordination and compliance matters; correspondence with the
> U.S. Trustee; review of monthly operating reports and monthly disbursement
> summaries; general inquiries from parties in interest; matters that otherwise do
> not fit in any other more specific category. As more fully set forth in **Exhibit A**
> attached hereto, MPS has expended a total of 19.00 hours in this category and is
> seeking compensation in the amount of $7,595.50.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| Jordan M. Litwin | Partner | 397.08 | 17.40 | 6,975.50 |
| Forrest B. Lammiman | Partner | 575.00 | 0.80 | 460.00 |
| Amy Dean | Paralegal | 200.00 | 0.80 | 160.00 |
| **Total** | | | **19.00** | **$7,595.50** |

**Exhibit B**: B130-Asset Disposition. The fees in this category include, without limitation, time expended for the following: negotiation of, approval of (including drafting pleadings and preparation for and attendance of hearings), closing and effectuation of sales of the Debtor's assets and correspondence and matters related thereto. As more fully set forth in **Exhibit B** attached hereto, MPS has expended a total of 128.20 hours in this category and is seeking compensation in the amount of $44,084.50.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| Jordan M. Litwin | Partner | 397.08 | 43.1 | 17,024.50 |
| Laura Pieper Cullin | Partner | 375.00 | 5.10 | 1,912.50 |
| Joy S. Goldman | Partner | 450.00 | 29.80 | 13,410.00 |
| Victoria C. Bresnahan | Partner | 375.00 | 0.70 | 262.50 |
| Forrest B. Lammiman | Partner | 575.00 | 4.20 | 2,415.00 |
| Irene A. Schulte | Paralegal | 200.00 | 45.30 | 9,060.00 |
| **Total** | | | **128.20** | **$44,084.50** |

**Exhibit C**: B160-Fee/Employment Applications. The fees in this category include, without limitation, time expended for the following: preparation of fee applications for MPS and other professionals, including the Debtor's financial advisor, VentureSpring, LLC; hearings, correspondence and matters related thereto. As more fully set forth in **Exhibit C** attached hereto, MPS has expended a total of 15.10 hours in this category and is seeking compensation in the amount of $6,442.00.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| Jordan M. Litwin | Partner | 397.08 | 7.10 | 2,804.50 |
| David L. Kane | Partner | 475.00 | 7.00 | 3,325.00 |
| Forrest B. Lammiman | Partner | 575.00 | 0.30 | 172.50 |
| Irene A. Schulte | Paralegal | 200.00 | 0.70 | 140.00 |
| **Total** | | | **15.10** | **6,442.00** |

**Exhibit D**: B180-Avoidance Action Analysis.  The fees in this category include, without limitation, time expended for the following: discussions with the client, and the Committee regarding avoidance actions; hearings, correspondence and matters related thereto, including progress and status reports, and review of settlement proposals.  As more fully set forth in **Exhibit D** attached hereto, MPS has expended a total of 2.60 hours in this category and is seeking compensation in the amount of $1,032.00.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| Jordan M. Litwin | Partner | 397.08 | 2.60 | 1,032.00 |
| **Total** | | | **2.60** | **1,032.00** |

**Exhibit E**: B230-Financing/Cash Collections.  The fees in this category include, without limitation, time expended for the following: matters related to cash collateral and operating budgets.  As more fully set forth in **Exhibit E** attached hereto, MPS has expended a total of 3.70 hours in this category and is seeking compensation in the amount of $1,461.50.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| Jordan M. Litwin | Partner | 397.08 | 3.70 | 1,461.50 |
| **Total** | | | **3.70** | **1,461.50** |

**Exhibit F**: B310-Claims Administration.  The fees in this category include, without limitation, time expended for the following: matters related to claims administration, distributions, bar date motions and orders, and administrative claims.  As more fully set forth in **Exhibit F** attached hereto, MPS has expended a total of 5.40 hours in this category and is seeking compensation in the amount of $2,581.50.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| Jordan M. Litwin | Partner | 397.08 | 3.20 | 1,316.50 |
| Forrest B. Lammiman | Partner | 575.00 | 2.20 | 1,265.00 |
| **Total** | | | **5.40** | **2,581.50** |

**Exhibit G**: Expenses.  The fees in this category include, without limitation, reimbursement of expenses for the following: in-house and offsite copying and printing at not more than $0.10 per page; delivery services and messengers; postage, and third-party conference services.  All expenses are billed at the amounts incurred by MPS and are solely for reimbursement.  As more fully set

forth in **Exhibit G** attached hereto, MPS is seeking reimbursement for actual expenses in the amount of $3,548.28.

## DISBURSEMENT SUMMARY

| | | |
|---|---|---:|
| E101 | Copying - | 54.25 |
| E102 | Outside printing - | 1,491.52 |
| E106 | Online research | 2.90 |
| E107 | Delivery services/messengers - | 97.25 |
| E108 | Postage | 1,027.52 |
| E124 | Other- | 874.84 |
| | Total Disbursements | $3,548.28 |

## BENEFIT TO THE ESTATE

14.     MPS's efforts have substantially benefited the Debtor's estate.  MPS has performed in exemplary fashion each of the multitude of legal duties required by its representation of the Debtor in its chapter 11 case.  MPS participated in nearly every financial and operational-related aspect of the Debtor's chapter 11 case, including preparation and review of its Schedules and SOFA, cash collateral budgets and reporting, inventory analysis, negotiation and communication with the Debtor's secured lender, the Committee, creditors and vendors, and consultation with and support of the Debtor's and Committee's professionals.

15.     Perhaps most importantly, MPS was instrumental in negotiating and effectuating the sales of the Debtor's assets that allowed for recoveries for and distributions to the Debtor's creditors.  Indeed, MPS's representation of the Debtor has been beneficial to the Debtor's, its estate and its creditors.

## CONCLUSION

16.     MPS respectfully submits that the fees and expense reimbursement sought to be approved herein are reasonable given the nature, extent and value of services rendered, the

complexity of the issues, the quality and skill which the matters required and the costs of comparable services in similar cases under Chapter 11 in this District.

17.    MPS has expended a total of 174.0 hours during the Final Period covered by this Final Application for the services described above.  The total value of the services and the allowance of compensation requested for those services is $63,197.00.  In addition, MPS has incurred $3,548.28 in reasonable and necessary expenses related to its representation of the Debtor.

18.    In addition, MPS seeks allowance on a final basis of all compensation and reimbursement awarded to MPS under the First Interim Order and Second Interim Order.

## NOTICE

19.    Notice of this Fee Application has been given to: (a) the Office of the United States Trustee for the Northern District of Illinois; (b) counsel to the Debtor's prepetition secured lender; (c) counsel to the Committee; (d) each party that has filed an appearance or requested notice pursuant to Federal Bankruptcy Rule 2002 and (e) each of the creditors set forth on the Debtor's Creditor Matrix in this case.  In light of the nature of the relief requested, MPS submits that no further notice should be required.

20.    MPS requests that the order approving this Fee Application be effective immediately upon entry.

{33544: 002: 01739100.DOC : }

WHEREFORE, MPS respectfully requests that the Court enter an order (a) allowing and

awarding as MPS's compensation for the Final Period from January 1, 2013 through November

6, 2015 the amount of $63,197.00 for compensation of fees and $3,548.28 for reimbursement of

expenses, (b) allowing on a final basis all compensation and reimbursement awarded to MPS

under the First Interim Order and Second Interim Order,[2] respectively, (c) authorizing payment

of all amounts outstanding to MPS, and (d) granting such other and further relief as is just and

proper.

Dated: November 10, 2015                    Respectfully submitted,

                                            **MELTZER, PURTILL & STELLE LLC**


                                            By:  /s/ Forrest B. Lammiman
                                                 One of the Debtor's Attorneys

Forrest B. Lammiman (ARDC No. 6208632)
David L. Kane (ARDC No. 6277758)
MELTZER, PURTILL & STELLE LLC
300 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 987-9900
(312) 987-9854 (facsimile)

---

[2] On September 28, 2012, Brian Graves executed a partial assignment of proceeds (the "Assignment") related to any proceeds he receives on account of the subordinated debtor-in-possession financing Mr. Graves provided to the Debtor on February 22, 2012, as approved by this Court pursuant to Dkt. No. 28. The Assignment provides for Mr. Graves to receive the first $75,000 on account of his secured claim and for the next $425,000 paid on account of Mr. Graves' claim to be distributed, pro rata, to certain professionals, including MPS, VentureSpring, LLC and Stahl, Cowen, Crowley, Addis LLC. The aforementioned professionals have thus far received partial payments on their allowed interim fees pursuant to and consistent with the terms of the Assignment.