# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case Number: 12-04289 |
| | ) | |
| SPARRER SAUSAGE COMPANY, INC., | ) | Chapter 11 |
| | ) | |
| | ) | Honorable Deborah L. Thorne |
| Debtor. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **August 16, 2016 at 10:00 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Deborah L. Thorne, **Courtroom 613,** United States Bankruptcy Court for the Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in her place and stead, and present the attached **FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CLARK HILL PLC AS COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS,** at which time and place you may appear if you so desire.

Dated:  July 25, 2016            CLARK HILL PLC

By:     /s/ Scott N. Schreiber

Scott N. Schreiber (ARDC #6191042)
150 North Michigan, Suite 1200
Chicago, Illinois 60601
Telephone: (312) 985-5900
Fax: (312) 985-5999
*Counsel for Official Committee of Unsecured*
*Creditors of Sparrer Sausage Company, Inc.*

204761613.2 46054/173141

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 25, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case, and by U.S. Mail to all creditors indicated on the Creditor Matrix, the U.S. Trustee, the Debtor and to the parties listed below:

Via CM/ECF Notice:

- **R Scott Alsterda** rsalsterda@nixonpeabody.com
- **Jay A Andrew** jaa@dgaalaw.com, jaalaw@ymail.com
- **Thomas J. Angell** tangell@jbosh.com
- **Elizabeth A. Bates** ebates@springerbrown.com jkrafcisin@springerbrown.com;iprice@springerbrown.com
- **Francisco Connell** fconnell@chuhak.com, hcummins@chuhak.com
- **Alex Darcy** adarcy@askounisdarcy.com
- **Shelly A. DeRousse** sderousse@freebom.com bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com
- **Michael W Debre** mdebre@chuhak.com, mreyes@chuhak.com
- **Jay L Dolgin** jdolgin@dolginlawgroup.com
- **Kevin C. Driscoll**    kevin.driscoll@btlaw.com, jriazi@btlaw.com;ddotts@btlaw.com
- **Kenneth B Drost**    kdrost@kbdpc.com, rsmith@kbdpc.com
- **James B Gottlieb**     jgottlieb@chuhak.com
- **Theodore E Harman** teharman@uhlaw.com cball@nixonpeabody.com;chi.managing.clerk@nixonpeabody.com
- **Jeffrey N Kowalkowski** lanphierlaw@l-klaw.com
- **Patrick S Layng** USTPRegion l 1.ES.ECF@usdoj.gov
- **Pamela J Leichtling**   pleichtling@clarkhill.com
- **Pamela J Leichtling**   pleichtling@stahlcowen.com
- **Megan M. Mathias**    megan@loppmathiaslaw.com
- **Timothy S. McFadden** tmcfadden@btlaw.com
- **Ronald Peterson** rpeterson@jenner.com, lraiford@jenner.com
- **Landon S Raiford** lraiford@jenner.com   mmatlock@jenner.com
- **Scott N. Schreiber** sschreiber@clarkhill.com tbraun@clarkhill.com;pkelly@clarkhill.com
- **Lloyd M Sonenthal** lloyd6943@prodigy.net
- **George J. Spathis** gspathis@lplegal.com nbailey@lplegal.com;ikropiewnicka@lplegal.com
- **Jessica Tovrov** jessica@tovrovlaw.com
- **Michael Traison** mtraison@sugarfgh.com   plove@sugarfgh.com
- **Stefanie Wowchuk McDonald** stefanie.mcdonald@dentons.com NDIL_ECF@dentons.com
- **Bruce E de'Medici** bdemedici@gmail.com

**Via U.S. Mail:**

John R. Morreale, Inc.
216 North Peoria Street
Chicago, IL 60607

John R. Morreale, Inc.
c/o Elizabeth A. Bates
Springer Brown, LLC
300 South County Farm Road, Suite I
Wheaton, IL 60187

UFCW Local 1546 Pension Fund
do Thomas J. Angell
Jacobs, Burns, Orlove & Hernandez
150 North Michigan Avenue, Suite 1000
Chicago, IL 60601

Orleans International, Inc.
Attn: Reed Tushman
30600 Northwestern Highway, Suite 300
Farmington Hills, MI 48334

Orleans International, Inc.
do Michael Traison
Sugar Felsenthal Grais & Hammer LLP
30 North LaSalle Street, Suite 3000
Chicago, IL 60602

Colorado Food Products, Inc.
c/o Michael Traison
Sugar Felsenthal Grais & Hammer LLP
30 North LaSalle Street, Suite 3000
Chicago, IL 60602


Dated:  July 25, 2016                   By:     /s/ Scott N. Schreiber

204761613.2 46054/173141

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case Number: 12-04289 |
| | ) | |
| SPARRER SAUSAGE COMPANY, INC., | ) | Chapter 11 |
| | ) | |
| | ) | Honorable Deborah L. Thorne |
| Debtor. | ) | |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**

| | |
|---|---|
| Name of Applicant: | CLARK HILL PLC |
| Role in Case: | Attorneys for Official Committee of Unsecured Creditors |
| Date of Order Authorizing Employment: | March 21, 2012 by entry of order dated April 4, 2012; April 1, 2014 by entry of order dated May 27, 2014[1] |
| Period for Which Compensation is Sought: | March 16, 2013 through July 6, 2016 (Final Period)<br>March 21, 2012 through July 6, 2016 (Entire Period) |
| Amount of Fees Sought: | $11,194.50 (Final Period)<br>$91,174.45 (Entire Period) |
| Amount of Expenses Sought: | $0.00 (Final Period)<br>$1,032.61 (Entire Period) |

This is an:   Interim Application ____        Final Application ___x___

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| 6/7/2012 | Mar. 21, 2012-May 31, 2012 | $23,945.00 | $22,989.95 | $20,709.21 |
| 4/1/2013 | Jun. 1, 2012-Mar. 15, 2013 | $58,717.05 | $58,022.61 | $39,376.79 |

Dated: July 25, 2016          Clark Hill PLC

                              By:   /s/ Scott N. Schreiber

                              Scott N. Schreiber (ARDC #6191042)
                              *Counsel for Official Committee of Unsecured*
                              *Creditors of Sparrer Sausage Company, Inc.*

---

[1] Clark Hill PLC replaced the Committee's former counsel Stahl Cowen Crowley Addis LLC.

204761613.2 46054/173141

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case Number: 12-04289 |
| | ) | |
| SPARRER SAUSAGE COMPANY, INC., | ) | Chapter 11 |
| | ) | |
| | ) | Honorable Deborah L. Thorne |
| Debtor. | ) | |

### FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY CLARK HILL PLC AS COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Clark Hill PLC ("**Clark Hill**"), attorneys for the Official Committee of Unsecured Creditors ("**Committee**") of Sparrer Sausage Company, Inc. ("**Debtor**"), hereby applies (the "**Final Application**") for the entry of an order (a) allowing on a final basis as its compensation the amount of $11,194.50 for legal services rendered and $0.00 for expenses incurred during the period of March 16, 2013 through July 6, 2016 ("**Final Period**"); and (b) allowing on a final basis all compensation and reimbursement awarded under the First Interim Order and the Second Interim Order (each as defined herein). Of the total amount of fees and expenses sought for the Final Period, none have been paid to Clark Hill thus far; partial payments of the fees and expenses awarded under the First Interim Order and the Second Interim Order have been made as described herein. In support of its Final Application, Clark Hill respectfully states as follows:

### INTRODUCTION

1. This Court has jurisdiction over this Final Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This is matter is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2).

2. This Final Application is filed pursuant to §§ 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure

(the "**Bankruptcy Rules**"), and Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "**Local Rules**"). This is the final application filed by the attorneys for the Committee and is neither an amendment nor supplement to a previous fee application.

3. The above-captioned bankruptcy case (the "**Bankruptcy Case**") was commenced by the filing for relief pursuant to Chapter 11 of the Bankruptcy Code on February 7, 2012. The Committee was appointed by the United States Trustee on March 16, 2012.

4. On March 21, 2012, the Committee selected Stahl Cowen Crowley Addis LLC ("**SCCA**") to serve as its counsel in connection with the Bankruptcy Case. On April 4, 2012, this Court entered an Order authorizing the employment of SCCA as counsel for the Committee *nunc pro tunc* to March 21, 2012 [ECF No. 69].

5. The Debtor paid a $15,000 retainer to SCCA to be used for fees incurred on behalf of the Committee (the "**Retainer**"), and further reserved in early budgets professional fees for the Committee in the sum of $13,800 (the "**Fee Reserve**").

6. On June 19, 2013, this Court entered an order granting the first interim fee application submitted by SCCA [ECF No. 125] (the "**First Interim Order**") allowing and awarding on an interim basis fees in the sum of $22,807.45 and expenses in the sum of $182.50 for a total of $22,989.95. Pursuant to the First Interim Order, the Court authorized the Debtor to make payment equivalent to 90% of the awarded fees and all of the awarded expenses for a total payment of $20,709.21, which amount was paid from the Retainer and the Fee Reserve under the "Partial Assignment of Proceeds by Brain Graves" ("**Partial Assignment**"). This partial payment left an unpaid balance of $2,280.75.

7. On April 24, 2013, this Court entered an order granting the second interim fee application submitted by SCCA [ECF Nos. 273 & 274] (the "**Second Interim Order**") allowing and awarding on an interim basis fees in the sum of $57,172.50 and expenses in the sum of $850.11 for a total of $58,022.61. Payment of $39,376.79 was subsequently made to SCCA leaving an unpaid balance of under the Second Interim Order of $18,645.82.

8. On April 1, 2014, Scott N. Schreiber and Pamela J. Leichtling, the lead attorneys on this engagement, moved from SCCA to Clark Hill. The Court entered an order authorizing the Committee in connection with the Debtor's Bankruptcy Case to employ, *nunc pro tunc* to April 1, 2014, Clark Hill as its counsel as replacement for SCCA [ECF No. 341].

9. By this application, Clark Hill and the Committee seek the allowance of $11,194.50 in fees and $0.00 in expenses for the Final Period, and the approval on a final basis the amounts awarded to SCCA under the First Interim Order and the Second Interim Order.

## REQUEST FOR ALLOWANCE OF COMPENSATION

10. All professional services rendered during the Final Period for which allowance of compensation is requested were performed by Clark Hill and on behalf of the Committee. During this period, Clark Hill rendered a total of 25.10 hours of professional services on behalf of the Committee. The time by attorneys, a complete accounting for which is attached hereto as **Exhibit "A,"** is as follows:

| Name of Professional | Type of Professional | Rate | Hours Billed | Total |
|---|---|---|---|---|
| Scott N. Schreiber | Attorney | $520.00 (2014)<br>$540.00 (2015)<br>$550.00 (2016) | 2.10<br>8.70<br>2.60 | $1,092.00<br>$4,698.00<br>$1,430.00 |
| Pamela J. Leichtling | Attorney | $325.00 (2016) | 3.00 | $975.00 |
| Candace C. Clark | Attorney | $325.00 (2015)<br>$365.00 (2016) | 4.40<br>4.30 | $1,430.00<br>$1,569.50 |
| **Total** | | | **25.10** | **$11,194.50** |

11.     Clark Hill submits that the requested fee of $11,194.50 for 25.10 hours worked during the Final Period, is reasonable in light of the twelve factors enumerated in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), may application to bankruptcy proceedings by *In re First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir. 1977).

## REQUEST FOR REIMBURSEMENT OF EXPENSES

12. During the Final Period, Clark Hill did not advance any expenses on behalf of the Committee, and therefore does not have a request for the reimbursement of expenses.

## RETAINER AND COMPENSATION PREVIOUSLY RECEIVED

**Initial Funding Sources**
Retainer paid to SCCA per prior Court Order                                                                 $15,000.00

| First Application | | | | Outstanding balance |
|---|---|---|---|---|
| | Allowed Fees and Expenses | $22,989.95 | | |
| | Fees and Expenses paid | ($20.709.21) | | |
| | Unpaid balance | | | $2,280.74 |
| Second Application | | | | |
| | Allowed Fees and Expenses | $58,022.61 | | |
| | Fees and expenses paid | ($39.376.79) | | |
| | | | | $18,645.82 |
| Third Application | Fees requested | $ | | $11,194.50 |
| **Total request** | | | | **$32,121.06** |

13. Aside from the amounts described above, neither SCCA nor Clark Hill has received any compensation for its services on behalf of the Committee.

## BILLING RATES

14. Primary counsel for the Committee has been Scott N. Schreiber. Assisting him with the representation have been Pamela J. Leichtling and Candace C. Clark. The standard rates charged by Clark Hill on routine, non-complicated matters, without considering the size and degree of responsibility, difficulty, complexity, and results achieved are as follows:

| Name of Professional | Type of Professional | Rate |
|---|---|---|
| Scott N. Schreiber | Attorney | $520.00 (2014)<br>$540.00 (2015)<br>$550.00 (2016) |
| Pamela J. Leichtling | Attorney | $325.00 (2016) |
| Candace C. Clark | Attorney | $325.00 (2015)<br>$365.00 (2016) |

15. Based on such rates and the detail of time provided in Exhibit A, the value of the professional services rendered in this case on behalf of the Committee during the Final Period is $11,194.50.

16. The rates charged by Clark Hill as set forth herein are customary for bankruptcy attorneys of similar skill and reputation. For services of the type rendered herein where those services where performed for a private client, Clark Hill would charge a reasonable fee for services rendered, on an hourly rate or, in addition, a contingent or fixed fee basis. The requested by Clark Hill is comparable to those fees which would be charged to a private client for similar services rendered by Clark Hill.

17. The rates charged by the participating attorneys, as set forth in the Exhibit are well within the range charged by attorneys of similar skill and reputation in the area of bankruptcy and commercial law.

## SUMMARY OF SERVICES RENDERED

18. During the Final Period, on behalf of the Committee, the services rendered by Clark Hill which materially benefitted the Debtor's estate can be summarized as follows:

   a. <u>Estate Administration</u>: Clark Hill administered the estate funds resulting from the sale of the Debtor's assets which have been held in trust by Clark Hill for approximately two years. In connection therewith, Clark Hill reviewed the Monthly Operating Reports filed by the Debtor, paid the corresponding U.S.

> Trustee fees when they became due, and communicated with the Debtor's counsel regarding the same.

> b. <u>Committee Administration</u>: Clark Hill corresponded with Committee constituents and provided response to various inquiries from numerous creditors relating to the status of the Chapter 11 Case and the administration of the estate assets.

> c. <u>Administrative Claims Reconciliation and Analysis</u>: Clark Hill actively engaged in the review and reconciliation of all administrative claims asserted against the estate, including, but not limited to, the review of final applications for compensation filed by professionals, the appearance at and participation in related hearings, and worked with both the Debtor's counsel and the estates financial advisor towards achieving a settlement related to the final distribution of estate assets in satisfaction of the administrative claims.

19. Clark Hill has rendered the appropriate, necessary services to the Committee in this Bankruptcy Case. Exhibit A provides a detailed record of all of the services rendered by Clark Hill.

20. There has been no unnecessary duplication of services by Clark Hill professionals. Where two or more professionals participated in any activity, such joint participation was necessary as a result of (a) either the size or complexity of the matters involved or (b) the need to familiarize each attorney with the matters at issue so that such attorney could perform further necessary services.

## **SERVICES EXCLUDED BY THIS FINAL APPLICATION**

21. At the Committee's request, SCCA filed a motion to prosecute all actions to recover preferential transfer and fraudulent conveyances. On August 15, 2012, the Court entered

an order [ECF No. 180] expanding SCCA's (and subsequently Clark Hill's) employment to include recovery of avoidance actions on a contingency fee basis. Accordingly, all time expensed on this task has been excluded from this Final Application. In addition, Clark Hill is not seeing approximately $5,390 of time expensed preparing this final fee application or assisting the Debtor's counsel in its pleadings and calculations to formulate a pro-rata distribution of emailing estate funds.

## RESULTS ACHIEVED

22. During the Final Period, Clark Hill has worked to represent the creditors' interests in administering the estate assets and maximizing their value. Clark Hill has monitored the Debtor's compliance with reporting requirements and ensured its fulfillment of its fee obligations.

## NOTICE

23. Notice of this Final Application is being provided electronically to all parties who have requested electronic notice and by U.S. Mail to the Debtor, the U.S. Trustee's Office, and all creditors on the creditor matrix. In light of the notice previously provided, Clark Hill requests that its notice bee deemed sufficient.

## CONCLUSION

24. Clark Hill respectfully submits that the fees sought to be approved herein are reasonable given the nature, extent and value of the services rendered, the complexity of the issues, the quality and skill which the matters required and the costs of the comparable services in similar cases under Chapter 11 in this District.

25. Clark Hill has expended a total of 25.10 hours during the two year Final Period covered by this Final Application for the services described above and contained in Exhibit A.

The total value of the services and the allowanced of compensation requested for those services is $11,194.50.

26. In addition, Clark Hill seeks allowance on a final basis of all compensation and reimbursement awarded under the First Interim Order and the Second Interim Order.

WHEREFORE, the Committee requests that this Court enter an order:

a. allowing and awarding as Clark Hill's compensation for the Final Period from March 16, 2014 through July 6, 2016 the amount of $11,194.50 for compensation of fees and $0.00 for reimbursement of expenses;

b. allowing on a final basis all compensation and reimbursement awarded under the First Interim Order and the Second Interim Order; and

c. granting Clark Hill such other and further relief as the Court deems just and proper.

Dated: July 25, 2016

CLARK HILL PLC

By:   /s/ Scott N. Schreiber
Scott N. Schreiber (ARDC #6191042)
Clark Hill PLC
150 North Michigan, Suite 1200
Chicago, Illinois 60601
Telephone: (312) 985-5900
Fax: (312) 985-5999
*Counsel for the Official Committee of Unsecured Creditors of Sparrer Sausage Company, Inc.*

204761613.2 46054/173141